**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Jennifer L. Braun, Bar No. 130932
Assistant United States Trustee
Katherine C. Bunker, Bar No. 240593
Trial Attorney for the United States Trustee
**OFFICE OF THE UNITED STATES TRUSTEE**
915 Wilshire Blvd., Ste. 1850
Los Angeles, California 90017
Telephone: (213) 894-3326
Facsimile: (213) 894-0276
E-mail: kate.bunker@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>**LYDIA R. FORREST,**<br><br>Debtor. | Case No. 1:14-bk-14361-MT<br><br>Chapter 11<br><br>**STIPULATION BETWEEN U.S. TRUSTEE AND WILLIAM H. BROWNSTEIN & ASSOCIATES, P.C. RESOLVING U.S. TRUSTEE'S OBJECTION TO DEBTOR'S MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER EMPLOYING PROFESSIONAL**<br><br>[No Hearing Required] |

The United States Trustee (the "U.S. Trustee"), by his undersigned counsel, and William H. Brownstein & Associates, P.C. (the "Firm") (collectively, the "Parties") do hereby stipulate and agree as follows.

A.  On September 24 2014, Lydia R. Forrest (the "Debtor") filed a petition for chapter 11 bankruptcy relief in the United States Bankruptcy Court for the Central District of California, assigned case number 1:14-bk-14361-MT.

B.  On October 14, 2014, the Debtor filed its Notice of Motion and Motion in Individual Chapter 11 Case for Order Employing Professional (the "Application").

1

1      C.    On October 28, 2014, the U.S. Trustee filed an objection to the Application in which the U.S. Trustee objected to the Firm's request that it be authorized to file interim fee applications in the case every 30 days rather than every 120 days as provided in 11 U.S.C. § 331 (the "Objection").

D.    The Parties have conferred and the Firm has agreed to file interim fee applications no less than 120 days apart as is provided for under 11 U.S.C. § 331.

E.    Approval of this stipulation by the Court resolves the Objection to the Application.

ACCORDINGLY, IT IS STIPULATED THAT:

1.    The Firm agrees to file interim fee applications no less than 120 days apart as is provided for under 11 U.S.C. § 331.

2.    Based on the foregoing agreement and stipulation, the U.S. Trustee withdraws his Objection to the Application.

Dated: October 29, 2014          William H. Brownstein & Associates, P.C.

By: *William H Brownstein* (signature)
William H. Brownstein, Attorneys for Debtor

Dated: October 29, 2014          United States Trustee

By: */s/ Katherine Bunker*
Katherine Bunker
Trial Attorney for U.S. Trustee

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): Stipulation Between U.S. Trustee and William H. Brownstein, P.C. Resolving U.S. Trustee's Objection to Debtor's Motion In Individual Chapter 11 Case for Order Employing Professional

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/29/14, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

William H Brownstein    Brownsteinlaw.bill@gmail.com
Katherine Bunker    kate.bunker@usdoj.gov
Leslie M Klott    bankruptcy@zievelaw.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 10/29/14, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Lydia R. Forrest
5230 Teesdale Ave.
Valley Village, CA 91607

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 10/29/14, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Maureen Tighe
21041 Burbank Blvd.
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/29/14 | Gabriel Rodriguez | /s/ Gabriel Rodriguez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**