Main Document Page 1 of 32

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
William H. Brownstein, SBN 84507
William H. Brownstein & Associates, P.C.
1250 Sixth Street, Suite 205
Santa Monica, CA 90401-1637
(310) 458-0048
FAX: (310) 576-3581
Email: Brownsteinlaw.bill@gmail.com

FOR COURT USE ONLY

☒ *Attorney for Movant*
☐ *Movant appearing without attorney*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

In re:

LYDIA RAY FORREST, a.k.a. LYDIA NORMAN,

Debtor(s)

CASE NO.: 1:14-bk-14361MT

CHAPTER: 11

**NOTICE OF MOTION AND MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL [11 U.S.C. Section 506(a), FRBP 3012]**

This motion is being made under **ONLY ONE** of the following notice procedures:
☐ **No hearingunless requested under LBR 9013-1(o)(4);**
☒ **Hearing set byyMovant: LBR 9013-1(d);**
☐ **Hearing on Shortened Notice: LBR 9013-1(b); or**
☐ **Hearing on Emergency Basis: LBR 9013-1(a).**

DATE: 01/27/2015
TIME: 9:00 am
COURTROOM: 302
PLACE: 21041 Burbank Boulevard
Third Floor
Woodland Hills, CA 91367

**Creditor Name** *(Insert name of creditor holding collateral to be valued):* ________________________

1. **PLEASE TAKE NOTICE THAT** Lydia R. Forrest, a.k.a. Lydia Norman, (Movant) requests an order valuing the collateral described below. This motion does not request lien avoidance (see LBR forms F 4003 for lien avoidance involving principal residences and judicial liens).

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*June 2013* Page 1 **FF3012-1.MOTION.VALUATION**

Main Document Page 2 of 32

2. **NOTICE PROVISIONS AND DEADLINES FOR FILING AND SERVING A WRITTEN RESPONSE:** Your rights might be affected by this Motion. You may want to consult an attorney. Refer to the box checked below for the deadline to file and serve a written response. If you fail to timely file and serve a written response, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief. You must serve a copy of your opposition upon the Movant and the Movant's attorney and the United States trustee, and also serve a copy on the judge pursuant to LBR 5005-2(d) and the Court Manual.

   a. ☐ **No Hearing Scheduled; Notice Provided Under LBR99013-1(o):** This Motion is filed by the Movant pursuant to LBR 9013-1(o), which provides for granting of motions without a hearing. The full Motion is attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response and request for hearing with the court and serve it as stated above **no later than 14 days after the date stated on the Proof of Service of this Motion** plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F). Your opposition must comply with LBR 9013-1(f) and (o).

   b. ☒ **Hearing Set by Movant; Notice Provided Under LBR990133-1(d):** This Motion is set for hearing on at least 21 days of notice pursuant to LBR 9013-1(d). The full Motion and supporting documentation are attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response with the court and serve it as stated above **no later than 14 days prior to the hearing**. Your response must comply with LBR 9013-1(f). The undersigned hereby verifies that the hearing date and time selected were available for this type of Motion according to the judge's self-calendaring procedures [LBR 9013-1(b)].

   c. ☐ **Hearing Requested on Shortened Notice under LBR 9013-1(b):** Movant has filed a separate motion asking the court to set a hearing on shortened notice, titled Application for Order Setting Hearing on Shortened Notice (Application). If the court grants the Application, the Movant will serve you with another document providing notice. The deadline to file and serve a written response will be contained in this document. If the court denies the Application, the Movant will provide written notice of a regular hearing date or other proposed disposition of this motion.

   d. ☐ **Hearing Requested on Emergency Basis under LBR 9013-1(a): HearinggRequested on Emergencyy Basis under LBR 9013-1(a):** Movant has contacted the court and requested an emergency hearing on less than 48 hours notice. If the court grants the request, you will receive a separate Notice of Hearing that identifies the deadline for the Movant to file and serve the Motion and the deadline for you to file and serve a written response. If the court denies the request to set an emergency hearing, the Movant will provide written notice of a regular hearing date or other disposition of this motion and the deadline for filing an opposition.

Date: 12/23/2014

By: William H Brownstein
*Signature of Movant or Attorney for Movant*

Name: William H. Brownstein
*Print Name of Movant or Attorney for Movant*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*June 2013* Page 2 **F F3012-1.MOTION.VALUATION**

**MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL PURSUANT TO 11 U.S.C. Section 506(a) AND FRBP 30122**

1. **The Movant is (*check one*):**
   - ☒ The debtor
   - ☐ A creditor
   - ☐ The trustee
   - ☐ The Official Committee of Creditors Holding Unsecured Claims
   - ☐ Other (*specify*): ______

2. **The Collateral to be valued:**
   a. The Movant requests a determination of the value of the following collateral (Collateral).

   ☒ Real Property
   *Street Address:* 5230 Teesdale Avenue
   *Unit Number:* ______
   *City, State, Zip Code:* Valley Village, CA 91607

   Legal description or document recording number (including county of recording):
   Lot 58 Tract 11715 Map Book 324 Pages 37-39, Assessors Parcel No. 2346-018-004

   ☐ Personal Property

   ☐ Vehicle:
   *Year, manufacturer, type, and model:* ______
   *Vehicle Identification Number:* ______
   *Location of vehicle (if known):* ______

   ☐ Equipment:
   *Manufacturer, type, and characteristics*: ______
   *Serial number(s):* ______
   *Location (if known):* ______

   ☐ Other Personal Property *(describe type, identifying information, and location)*: ______

   ☐ See attached page.

   b. Purpose of the Valuation

   ☒ Treatment of the claim in a plan:
   - ☐ Pursuant to 11 U.S.C. § 1322
   - ☒ Pursuant to 11 U.S.C. § 1129
   - ☐ Other: ______

   ☐ Disposition or use of Collateral pursuant to 11 U.S.C. § 363;

   ☐ Other: (*specify*): ______

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

June 2013 Page 3 **F 3F3012-1.MOTION.VALUATION**

Main Document Page 4 of 32

c. Movant asserts that the value of the Collateral is $ 1,080,000.00 as of (date): 12/23/2014

*Check one*:

☐ Date bankruptcy case was commenced.

☒ Other (*specify*): Date of valuation motion

**3. Liens Encumbering the Collateral:**

The Collateral is subject to the following liens in the amounts specified securing the debt against the Collateral:

| Names of Lien Holders in Order of Priorityy | Original Lien Amount | Balance of Lien Amount As of *(applicable date)* ________ |
|---|---|---|
| **1st Lien:** MGC Mortgage, Inc. | $ 1,100,000.00 | $ 1,380,812.24 |
| **2nd Lien:** Trinity Financial Services, LLC | $ 260,000.00 | $ 310,498.87 |
| **3rd Lien:** | $ | $ |

☐ See attached page for additional lien(s).

**4. Determination of Secured/Unsecured Status:**
Based upon paragraphs 2 and 3 above, Movant asserts the following:

| Names of Lien Holders in Order of Priorityy | Secured Portion of the Claimm | Unsecured Portion of the Claimm |
|---|---|---|
| **1st Lien:** MGC Mortgage, Inc. | $ 1,080,000.00 | $ 200,812.24 |
| **2nd Lien:** Trinity Financial Services, LLC | $ 0.00 | $ 310,498.87 |
| **3rd Lien:** | $ | $ |

☐ See attached page for additional lien(s).

**5. Evidence in Support of Motion:**

a. Evidence establishing the value of the Collateral:
- ☒ Declaration of the debtor as owner of the Collateral
- ☒ Declaration of the expert witness
  - ☒ Certified appraiser
  - ☐ Other: ________
- ☐ Declaration of a party who can authenticate a market report (e.g. Kelley Blue Book) pursuant to F.R.Evid. 803(17).
- ☒ Other: Copies of most recent statements from secured creditors

b. Evidence establishing the amount of the claims related to the liens encumbering the Collateral
- ☒ Declaration of the debtor as owner of the Collateral
- ☐ Declaration of a witness authenticating a document that is an admissible statement of a party opponent (e.g. proof of claim or a recent loan statement) pursuant to F.R.Evid. 801(d)(2).
- ☐ Other:

c. Evidence establishing the priority of the lien encumbering the Collateral
- ☒ Declaration of the debtor as owner of the Collateral
- ☐ Other:

d. ☒ Other evidence (*specify*): Print out from Secretary of State of the State of California showing addresses for agents for service of process for secured creditors.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*June 2013* Page 4 **F F3012-1.MOTION.VALUATION**

Main Document Page 5 of 32

**Based upon the foregoing, Movant requests that this Court value the Collateral as listed in paragraphh2.c., above and that the claim is related to the liens encumbering the Collateral, listed in parahrapaph 3 above, are determined to be secured or unsecured as requested in paragraphh4 above.**

☒ See attached continuation page for additional provisions.

Respectfully submitted,

Date: 12/23/2014

By: ______________________
*Signature of Movant or Attorney for Movant*

Name: William H. Browntsein
*Printed Name of Movant or Attorney for Movant*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*June 2013* Page 5 **F 3F3012-1.MOTION.VALUATION**

## DECLARATION OF THE DEBTOR AS OWNER OF THE COLLATERAL IN SUPPORT OF MOTION FOR ORDER DETERMININGVVALUE OF COLLATERAL

1. I, *(state debtor's name)* Lydia Ray Forrest a.k.a. Lydia Norman declare that I am the debtor in this bankruptcy case.

2. I make this declaration of my own personal knowledge and if called as a witness, could and would testify thereto.

3. I am the owner of the collateral listed in paragraph 1 of the Motion for Order Determining Value of Collateral to which this declaration is attached.

4. My opinion of the value of the Collateral is $1,080,000.00 as of *(applicable date)* 09/15/2014 based upon my personal knowledge, including but not limited to:

   ☒ Review of an appraisal (do not attach).

   ☒ Knowledge of comparable sales (do not attach).

   ☐ Other: ______________________

5. As of *(applicable date)* 12/23/2014, the Collateral is subject to the following liens in the amounts specified securing the debt against the Collateral:

| Names of Lien Holders in Order of Priorityy | Original Lien Amount | Balance of Lien Amount As of *(state applicable date)* 12/23/2014 |
|---|---|---|
| **1st Lien:** MGC Mortgage, Inc. | $ 1,100,000.00 | $ 1,380,812.34 |
| **2nd Lien:** Trinity Financial Services, LLC | $ 260,000.00 | $ 310,498.87 |
| **3rd Lien:** | $ | $ |

The foregoing balances are established by true and correct copies of filed proofs of claim, or recent loan statements, or other documents attached to this declaration as Exhibit A.

6. The purpose of the valuation is to provide for treatment of the claim of:

| Names of Lien Holders in Order of Priority | Secured Portion of the Claim | Unsecured Portion of the Claimm |
|---|---|---|
| **1st Lien:** MGC Mortgage, Inc. | $ 1,080,000.00 | $ 200,812.34 |
| **2nd Lien:** Trinity Financial Services, LLC | $ 260,000.00 | $ 310,498.87 |
| **3rd Lien:** | $ | $ |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 23rd day of December, 2014

[signature]
*Signature*

Lydia R. Forrest, a.k.a. Lydia Norman
*Printed Name*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

June 2013 Page 6 **FF3012-1.MOTION.VALUATION**

Main Document Page 7 of 32

## DECLARATION OF EXPERT WITNESS IN SUPPORT OFF MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL

I, Linda M. Bascom declare:

1. I am over 18 years of age, and I am qualified to testify as an expert witness in my capacity as a:
   ☒ Licensed Residential Property Appraiser with license no. AR004884.
   ☐ Other: ______
2. Attached as Exhibit A to this declaration, is my report, which discloses all the data that I have used in forming my opinion.
3. My opinion of the value of the Collateral is $1,080,000.00 as of *(applicable date)* 09/15/2014.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 23rd day of December, 2014.

*Signature* [signature]

Linda M. Bascom
*Printed Name*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*June 2013* Page 7 **FF3012-1.MOTION.VALUATION**

File No. LB014414

## APPRAISAL OF

## LOCATED AT:

5230 Teesdale Ave
Valley Village, CA 91607-2324

## CLIENT:

Ronald Norman
5230 Teesdale Avenue
Valley Village, CA 91607

## AS OF:

September 15, 2014

## BY:

Linda M. Bascom
Certified Residential Appraiser

# TABLE OF CONTENTS

| Client: Ronald Norman | | File No.: LB014414 |
|---|---|---|
| Property Address: 5230 Teesdale Ave | | Case No.: |
| City: Valley Village | State: CA | Zip: 91607 |

Order . . . . . 1
Invoice . . . . . 2
Title . . . . . 3
Table of Contents . . . . . 4
GPARÊ Summary w/o Cost & Income (2010) . . . . . 5
USPAP 2012 . . . . . 10
Sketch . . . . . 11
Plat Map . . . . . 13
Location Map . . . . . 14
Flood Map . . . . . 15
Subject Photos . . . . . 16
Extra 15 Photo Page 1 . . . . . 17
Extra 15 Photo Page 2 . . . . . 18
Comps 1,2,3 Photos . . . . . 19
Comps 4,5,6 Photos . . . . . 20
License Page 1 . . . . . 21

BASCOM APPRAISAL

# Summary Residential Appraisal Report

File No. LB014414

## PURPOSE

The purpose of this appraisal report is to provide the client with a credible opinion of the defined value of the subject property, given the intended use of the appraisal.

Client Name/Intended User Ronald Norman | E-mail ronaldanorman@sbcglobal.net

Client Address 5230 Teesdale Avenue | City Valley Village | State CA | Zip 91607

Additional Intended User(s) The successors and/or assigns of the client

Intended Use Determine the market value as of the effective date of appraisal report.

## SUBJECT

Property Address 5230 Teesdale Ave | City Valley Village | State CA | Zip 91607

Owner of Public Record Lydia Forrest/Ronald Norman | County Los Angeles

Legal Description Lot 58 Tract 11715 Map Book 324 Pages 37-39

Assessor's Parcel # 2346-018-004 | Tax Year 2013 | R.E. Taxes $ 14,232

Neighborhood Name Valley Village area | Map Reference 562-E2 | Census Tract 1240.00

Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)

## SALES HISTORY

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Prior Sale/Transfer: Date | Price | Source(s)

Analysis of prior sale or transfer history of the subject property (and comparable sales, if applicable) N/A

Offerings, options and contracts as of the effective date of the appraisal N/A

## NEIGHBORHOOD

| Neighborhood Characteristics | | | | One-Unit Housing Trends | | | | One-Unit Housing | | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | [X] Urban | [ ] Suburban | [ ] Rural | Property Values | [ ] Increasing | [X] Stable | [ ] Declining | PRICE | | AGE | One-Unit | 83 % |
| Built-Up | [X] Over 75% | [ ] 25-75% | [ ] Under 25% | Demand/Supply | [ ] Shortage | [X] In Balance | [ ] Over Supply | $(000) | | (yrs) | 2-4 Unit | 5 % |
| Growth | [ ] Rapid | [X] Stable | [ ] Slow | Marketing Time | [ ] Under 3 mths | [X] 3-6 mths | [ ] Over 6 mths | 240 | Low | 0 | Multi-Family | 7 % |
| | | | | | | | | 2500 | High | 95 | Commercial | 5 % |
| | | | | | | | | 805 | Pred. | 62 | Other | % |

Neighborhood Boundaries Oxnard St to the NORTH, Colfax Ave to the EAST, Freeway 101 to the SOUTH, and Woodman Ave to the WEST.

Neighborhood Description A residential area comprised of single family residences of mixed sizes, styles and ages located on acreage. There is a balanced mix of residential and commercial properties. All major conveniences including schools, parks, and places of worship are readily available. Freeway access is within 1 mile. The subject estimated market value is above predominant value due to its age, quality and GLA. However, it is not an over improvement for the area.

Market Conditions (including support for the above conclusions) Conventional, FHA and VA financing is available at market interest rates; however, it is more difficult to qualify for a loan due to the new lending restrictions. An exposure time of less than three months is typical for most properties.

## SITE

Dimensions 55.91' x 125.01' | Area 6989 Sq.Ft. | Shape Rectangular | View Residential

Specific Zoning Classification LAR1 | Zoning Description Single family dwelling

Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | [ ] | Water | [X] | [ ] | Street Asphalt | [X] | [ ] |
| Gas | [X] | [ ] | Sanitary Sewer | [X] | [ ] | Alley None/Typical | [ ] | [ ] |

Site Comments A level interior site zoned for single family use. No adverse site conditions or external factors (easements, encroachments, environmental conditions, land use, etc) were apparent or disclosed to appraiser at time of inspection. No legal, environmental or title documents were provided to the appraiser. Typical utility easements exist.

## IMPROVEMENTS

| GENERAL DESCRIPTION | | FOUNDATION | | EXTERIOR DESCRIPTION materials | | INTERIOR materials | |
|---|---|---|---|---|---|---|---|
| Units [ ] One [X] One w/Acc. unit [ ] | | [X] Concrete Slab [ ] Crawl Space | | Foundation Walls | Concrete/Avg | Floors | Wd-Tile-Crpt/Av |
| # of Stories 2.0 | | [ ] Full Basement [ ] Partial Basement | | Exterior Walls | Conc. Stucco/Avg | Walls | Drywall/Avg |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | | Basement Area | 0 sq. ft. | Roof Surface | Conc. tile/Good | Trim/Finish | Painted/Avg |
| [X] Existing [ ] Proposed [ ] Under Const. | | Basement Finish | 0 % | Gutters & Downspouts | Yes/Avg | Bath Floor | Tile/Good |
| Design (Style) Conventional | | [ ] Outside Entry/Exit [ ] Sump Pump | | Window Type | Vinyl slider/Good | Bath Wainscot | Tile/Good |
| Year Built 2001 | | | | Storm Sash/Insulated | None | Car Storage | [ ] None |
| Effective Age (Yrs) 13 | | | | Screens | Alum mesh/Avg | [X] Driveway | # of Cars 2 |
| Attic | [ ] None | Heating [X] FWA [ ] HW [ ] Radiant | | Amenities | [ ] WoodStove(s) # 0 | Driveway Surface | Concrete |
| [ ] Drop Stair | [ ] Stairs | [ ] Other | Fuel Nat. gas | [X] Fireplace(s) # 3 | [X] Fence Block | [X] Garage | # of Cars 2 |
| [ ] Floor | [X] Scuttle | Cooling [X] Central Air Conditioning | | [X] Patio/Deck Open | [X] Porch Covered | [ ] Carport | # of Cars |
| [ ] Finished | [ ] Heated | [ ] Individual | [ ] Other | [X] Pool Built-in | [X] Other Outbldgs | [ ] Att. [ ] Det. | [X] Built-in |

Appliances [X] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [X] Microwave [ ] Washer/Dryer [X] Other (describe) Trash compactor

Finished area **above** grade contains: 9 Rooms 4 Bedrooms 4.0 Bath(s) 3,308 Square Feet of Gross Living Area Above Grade

Additional Features Wood floors in living, dining and family rooms, tile floor in kitchen, carpets in bedrooms; granite counter tops, painted cabinets, garden window, dual fireplace in master bedroom and bath; cabana with bath; accessory unit with bath. The 2 car garage has been converted to living area without permits; therefore, for this appraisal it has been valued as a garage.

Comments on the Improvements The overall condition of the subject property is average. The floor plan is typical of dwellings in the area, and is functionally adequate.

This form Copyright © 2005-2010 ACI Division of ISO Claims Services, Inc., All Rights Reserved.
(gPAR™) General Purpose Appraisal Report 5/2010
GPARSUMWOCI_10 10122010

BASCOM APPRAISAL

# Summary Residential Appraisal Report

File No. LB014414

SALES COMPARISON APPROACH

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 5230 Teesdale Ave Valley Village, CA 91607 | 12643 Collins St Valley Village, CA 91607 | | 12244 Tiara St Valley Village, CA 91607 | | 12537 Killion St Valley Village, CA 91607 | |
| Proximity to Subject | | 0.58 miles NW | | 0.95 miles NE | | 0.40 miles NE | |
| Sale Price | $ | | $ 950,000 | | $ 1,230,000 | | $ 975,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 311.68 sq. ft. | | $ 325.14 sq. ft. | | $ 309.62 sq. ft. | |
| Data Source(s) | | CRMLS #SR14114434;DOM 25 | | CRMLS #SR14103244;DOM 30 | | CRMLS #1473337;DOM 82 | |
| Verification Source(s) | Inspection | CoreLogic Doc #699161 | | CoreLogic Doc. #683977 | | CoreLogic-Realist | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | ArmLth; | 0 | ArmLth; | 0 | ArmLth; | 0 |
| Concessions | | Conv;0 | 0 | Conv;0 | 0 | Cash;0 | 0 |
| Date of Sale/Time | | 07/08/2014 COE | 0 | 07/02/2014 COE | 0 | 05/29/2014 COE | 0 |
| Location | Urban | Urban | | Urban | | Urban/Gated | -10,000 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 6989 sf | 8100 sf | -11,000 | 11775 sf | -48,000 | 6332 sf | 0 |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Conventional | Conventional | | Conventional | | Conventional | |
| Quality of Construction | Good | Good | | Good | | Good | |
| Actual Age | 13 years | 66 (15 eff) years | 0 | 78 (6 eff) years | 0 | 61 (15 eff) years | 0 |
| Condition | Average | Average | | Good | -25,000 | Good | -25,000 |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 9 / 4 / 4.0 | 9 / 5 / 3.5 | 0 | 9 / 5 / 4.0 | 0 | 9 / 5 / 4.1 | -20,000 |
| Gross Living Area $175 | 3,308 sq. ft. | 3,048 sq. ft. | 45,500 | 3,783 sq. ft. | -83,000 | 3,149 sq. ft. | 28,000 |
| Basement & Finished Rooms Below Grade | 2346-018-004 | 0sf 2341-015-023 | 0 | 0sf 2340-007-012 | 0 | 0sf 2346-006-024 | 0 |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | FAU/CAC | FAU/CAC | | FAU/CAC | | FAU/CAC | |
| Energy Efficient Items | Windows | Windows | | Windows | | Windows | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | 2 Car Garage | | 2 Car Carport | 10,000 |
| Porch/Patio/Deck | Patios/Balcony | Cov. patio | 3,000 | Lrg open patio | 4,000 | Lrg open patio | 4,000 |
| Fireplace | 3 Fireplaces | 2 Fireplaces | 2,500 | 2 Fireplaces | 2,500 | 1 Fireplace | 5,000 |
| Amenities | Acc.Unit/Cabana | 2 Sm Cabanas | 90,000 | Acc.Unit/Outdr lvng | 0 | None | 100,000 |
| Pool/Spa | Pool/Spa | Pool/Spa | | Pool/Spa | | None | 15,000 |
| Net Adjustment (Total) | | [X] + [ ] - | $ 130,000 | [ ] + [X] - | $ 149,500 | [X] + [ ] - | $ 107,000 |
| Adjusted Sale Price of Comparables | | Net Adj. 13.7% Gross Adj. 16.0% | $ 1,080,000 | Net Adj. -12.2% Gross Adj. 13.2% | $ 1,080,500 | Net Adj. 11.0% Gross Adj. 22.3% | $ 1,082,000 |

Summary of Sales Comparison Approach No age adjustment was made to Comparables #1, #3, #4, and #5 since they have been remodeled and extensively updated, thus reducing the effective age considerably. Comparables #1 and #3 are similar in quality to the subject, while Comparables #4 and #5 are superior.

See attachment for additional comments, an additional closed sale and 2 active/pending comparables.

COMMENTS

RECONCILIATION

Discussion of methods and techniques employed, including reason for excluding an approach to value: Sales comparison approach is most indicative of buyers and sellers in the marketplace, and is given primary consideration in the final value opinion. The cost approach is not applicable for dwellings more than 2 years old. The income approach is not applicable due to a lack of rental information.

Reconciliation comments: Sales comparison approach is most indicative of buyers and sellers in the marketplace, and is given primary consideration in the final value opinion. The cost approach is not applicable for dwellings more than 2 years old. The income approach is not applicable due to a lack of rental information.

**Based on the scope of work, assumptions, limiting conditions and appraiser's certification, my (our) opinion of the defined value of the real property that is the subject of this report as of** 09/15/2014 **, which is the effective date of this appraisal, is:**

[X] **Single point $ 1,080,000** [ ] **Range $** ____ **to $** ____ [ ] **Greater than** [ ] **Less than $** ____

This appraisal is made [X] "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed [ ] subject to the following:

This appraisal is made "AS-IS". No repairs are required and no unstated conditions are assumed.

This form Copyright © 2005-2010 ACI Division of ISO Claims Services, Inc., All Rights Reserved.
(gPAR™) General Purpose Appraisal Report 5/2010
GPARSUMWOCI_10 10122010

BASCOM APPRAISAL

# Summary Residential Appraisal Report

File No. LB014414

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 5230 Teesdale Ave Valley Village, CA 91607 | 5225 Goodland Ave Valley Village, CA 91607 | | 4951 Fulton Ave Sherman Oaks, CA 91423 | | 5207 Teesdale Ave Valley Village, CA 91607 | |
| Proximity to Subject | | 0.24 miles SW | | 0.91 miles SW | | 0.06 miles SW | |
| Sale Price | $ | | $ 1,070,000 | | $ 1,050,000 | | $ 1,149,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 324.64 sq. ft. | | $ 352.11 sq. ft. | | $ 394.17 sq. ft. | |
| Data Source(s) | | CRMLS #SR13164384;DOM 151 | | CRMLS #SR14189515;DOM 13 | | CRMLS #SR14178519;DOM 29 | |
| Verification Source(s) | Inspection | CoreLogic Doc #443131 | | CoreLogic-Realist | | CoreLogic-Realist | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | ArmLth; | 0 | Listing | 0 | Listing | 0 |
| Concessions | | Conv;0 | 0 | 0 | 0 | 0 | 0 |
| Date of Sale/Time | | 04/30/2014 COE | 0 | 09/02/2014 List | 0 | 08/17/2014 List | 0 |
| Location | Urban | Urban | | Urban | | Urban | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 6989 sf | 12710 Sq.Ft. | -57,000 | 6139 sf | 8,500 | 6987 sf | 0 |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Conventional | Conventional | | Conventional | | Conventional | |
| Quality of Construction | Good | Good | | Good | | Good | |
| Actual Age | 13 years | 55 years | 42,000 | 7 years | 0 | 66 (10 eff) years | 0 |
| Condition | Average | Average | | Excellent | -50,000 | Excellent | -50,000 |
| Above Grade Room Count (Total / Bdrms. / Baths) | 9 / 4 / 4.0 | 9 / 4 / 3.1 | 0 | 8 / 4 / 4.0 | 0 | 9 / 5 / 4.0 | 0 |
| Gross Living Area $175 | 3,308 sq. ft. | 3,296 sq. ft. | 2,000 | 2,982 sq. ft. | 57,000 | 2,915 sq. ft. | 69,000 |
| Basement & Finished Rooms Below Grade | 2346-018-004 | 0sf 2346-023-032 | | 0sf 2359-011-023 | 0 | 0sf 2346-019-021 | |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | FAU/CAC | FAU/CAC | | FAU/CAC | | FAU/CAC | |
| Energy Efficient Items | Windows | Windows | | Windows | | Windows | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | 2 Car Garage | | 2 Car Garage | |
| Porch/Patio/Deck | Patios/Balcony | Cov/Open patios | | Lrg Blcny/Open | -3,000 | Patios/Balcony | |
| Fireplace | 3 Fireplaces | 2 Fireplaces | 2,500 | 1 Fireplace | 5,000 | 3 Fireplaces | |
| Amenities | Acc.Unit/Cabana | Acc.Unit/PoolHs | 15,000 | None | 100,000 | Cabana/Pl bath | 50,000 |
| Pool/Spa | Pool/Spa | Pool | 8,000 | None | 25,000 | Pool | 8,000 |
| Net Adjustment (Total) | | [X] + [ ] - | $ 12,500 | [X] + [ ] - | $ 142,500 | [X] + [ ] - | $ 77,000 |
| Adjusted Sale Price of Comparables | | Net Adj. 1.2% Gross Adj. 11.8% | $ 1,082,500 | Net Adj. 13.6% Gross Adj. 23.7% | $ 1,192,500 | Net Adj. 6.7% Gross Adj. 15.4% | $ 1,226,000 |

SALES COMPARISON APPROACH

Summary of Sales Comparison Approach Of the six comparable properties included in this appraisal report, Comparables #1 through #3 closed escrow within 5 months of the subjects effective valuation date, and are excellent indicators of current market conditions. Comparables #5 and #6 are active listings. These comparables are included in compliance with the standard appraisal guideline that at least two active listings (or 1 active listing & 1 pending sale, or 2 pending sales) be included in the adjustment grid. They are also included in order to represent the current market and the upper end of the subjects value range. All of the comparable properties utilized were verified through the local Multiple Listing Service and CoreLogic Realist Data System. All of the sales utilized were determined to be "arms length transactions", with no atypically unusual or excessive interested-party contributions or concessions.

All adjustments have been rounded to the nearest $500. Adjustments are based on a paired sales analysis, and this appraisers more than 25 years of experience specializing in the subjects specific region. Lot size adjustments are calculated at $10 per square foot and are warranted for variances greater than 500 square feet. Quality ratings, condition ratings, and specific feature details for all of the comparables, are obtained from MLS descriptions and physical inspections.

Comparables #1, #2, #3, and #6 have been extensively remodeled and updated, thus reducing their effective ages; therefore, no age adjustments are warranted. Comparables #5 and #6 have recently been remodeled; therefore, they are superior in condition to the subject.

Many dwellings in the area have 4 bedrooms plus a loft, den or office. The current market does not seem to make a distinction between a 4 bedroom and a 5 bedroom dwelling of this size. Sometimes these adjustments are contained within the living area adjustment figures. If same direction (either both positive or both negative) adjustments were to be made for both the room count and the living area categories, the result would be a double adjustment for the same basic aspect of value, as the inferior/superior living area is comprised of the inferior/superior room count. Living area adjustments are conservatively calculated at $175 per square foot, and are warranted for variances greater than 50 square feet of the subjects living area. The comparable properties utilized adequately bracket the subject in all categories. A major line adjustment occurred to Comparable #3 due to its lack of amenities.

Comparables #1 and #2 are the most recent transactions; therefore, they are given primary consideration.

DAYS ON MARKET - Although the cumulative days on market for Comparable #4 is greater than the <90 day marketing time indicated in the neighborhood section of this report, the marketing time indicated in the neighborhood is derived from the Market Conditions Addendum.

This form Copyright © 2005-2010 ACI Division of ISO Claims Services, Inc., All Rights Reserved.

# Summary Residential Appraisal Report

File No. LB014414

## Scope of Work, Assumptions and Limiting Conditions

**Scope of work is defined in the Uniform Standards of Professional Appraisal Practice as " the type and extent of research and analyses in an assignment." In short, scope of work is simply what the appraiser did and did not do during the course of the assignment. It includes, but is not limited to: the extent to which the property is identified and inspected, the type and extent of data researched, the type and extent of analyses applied to arrive at opinions or conclusions.**

**The scope of this appraisal and ensuing discussion in this report are specific to the needs of the client, other identified intended users and to the intended use of the report. This report was prepared for the sole and exclusive use of the client and other identified intended users for the identified intended use and its use by any other parties is prohibited. The appraiser is not responsible for unauthorized use of the report.**

**The appraiser's certification appearing in this appraisal report is subject to the following conditions and to such other specific conditions as are set forth by the appraiser in the report. All extraordinary assumptions and hypothetical conditions are stated in the report and might have affected the assignment results.**

1. The appraiser assumes no responsibility for matters of a legal nature affecting the property appraised or title thereto, nor does the appraiser render any opinion as to the title, which is assumed to be good and marketable. The property is appraised as though under responsible ownership.

2. Any sketch in this report may show approximate dimensions and is included only to assist the reader in visualizing the property. The appraiser has made no survey of the property.

3. The appraiser is not required to give testimony or appear in court because of having made the appraisal with reference to the property in question, unless arrangements have been previously made thereto.

4. Neither all, nor any part of the content of this report, copy or other media thereof (including conclusions as to the property value, the identity of the appraiser, professional designations, or the firm with which the appraiser is connected), shall be used for any purposes by anyone but the client and other intended users as identified in this report, nor shall it be conveyed by anyone to the public through advertising, public relations, news, sales, or other media, without the written consent of the appraiser.

5. The appraiser will not disclose the contents of this appraisal report unless required by applicable law or as specified in the Uniform Standards of Professional Appraisal Practice.

6. Information, estimates, and opinions furnished to the appraiser, and contained in the report, were obtained from sources considered reliable and believed to be true and correct. However, no responsibility for accuracy of such items furnished to the appraiser is assumed by the appraiser.

7. The appraiser assumes that there are no hidden or unapparent conditions of the property, subsoil, or structures, which would render it more or less valuable. The appraiser assumes no responsibility for such conditions, or for engineering or testing, which might be required to discover such factors. This appraisal is not an environmental assessment of the property and should not be considered as such.

8. The appraiser specializes in the valuation of real property and is not a home inspector, building contractor, structural engineer, or similar expert, unless otherwise noted. The appraiser did not conduct the intensive type of field observations of the kind intended to seek and discover property defects. The viewing of the property and any improvements is for purposes of developing an opinion of the defined value of the property, given the intended use of this assignment. Statements regarding condition are based on surface observations only. The appraiser claims no special expertise regarding issues including, but not limited to: foundation settlement, basement moisture problems, wood destroying (or other) insects, pest infestation, radon gas, lead based paint, mold or environmental issues. Unless otherwise indicated, mechanical systems were not activated or tested.

This appraisal report should not be used to disclose the condition of the property as it relates to the presence/absence of defects. The client is invited and encouraged to employ qualified experts to inspect and address areas of concern. If negative conditions are discovered, the opinion of value may be affected.

**Unless otherwise noted, the appraiser assumes the components that constitute the subject property improvement(s) are fundamentally sound and in working order.**

Any viewing of the property by the appraiser was limited to readily observable areas. Unless otherwise noted, attics and crawl space areas were not accessed. The appraiser did not move furniture, floor coverings or other items that may restrict the viewing of the property.

9. Appraisals involving hypothetical conditions related to completion of new construction, repairs or alteration are based on the assumption that such completion, alteration or repairs will be competently performed.

10. Unless the intended use of this appraisal specifically includes issues of property insurance coverage, this appraisal should not be used for such purposes. Reproduction or Replacement cost figures used in the cost approach are for valuation purposes only, given the intended use of the assignment. The Definition of Value used in this assignment is unlikely to be consistent with the definition of Insurable Value for property insurance coverage/use.

**11. The ACI General Purpose Appraisal Report (GPAR™) is not intended for use in transactions that require a Fannie Mae 1004/Freddie Mac 70 form, also known as the Uniform Residential Appraisal Report (URAR).**

**Additional Comments Related To Scope Of Work, Assumptions and Limiting Conditions**

This form Copyright © 2005-2010 ACI Division of ISO Claims Services, Inc., All Rights Reserved.



BASCOM APPRAISAL

# Summary Residential Appraisal Report

File No. LB014414

## Appraiser's Certification

**The appraiser(s) certifies that, to the best of the appraiser's knowledge and belief:**

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are the appraiser's personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3. Unless otherwise stated, the appraiser has no present or prospective interest in the property that is the subject of this report and has no personal interest with respect to the parties involved.

4. The appraiser has no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. The appraiser's engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. The appraiser's compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. The appraiser's analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

8. Unless otherwise noted, the appraiser has made a personal inspection of the property that is the subject of this report.

9. Unless noted below, no one provided significant real property appraisal assistance to the appraiser signing this certification. Significant real property appraisal assistance provided by:

**Additional Certifications:**

**Definition of Value:** [X] **Market Value** [ ] **Other Value:**

Source of Definition: "The Appraisal of Real Estate" Twelfth Edition, Appraisal Institute, Chicago, IL

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeable, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specific date and the passing of title from seller to buyer under conditions whereby: 1) buyer and seller are typically motivated; 2) both parties are well informed or well advised, and acting in what they consider their best interests; 3) a reasonable time is allowed for exposure in the open market; 4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and 5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associates with the sale. (USPAP)

ADDRESS OF THE PROPERTY APPRAISED:
5230 Teesdale Ave
Valley Village, CA 91607
EFFECTIVE DATE OF THE APPRAISAL: 09/15/2014
APPRAISED VALUE OF THE SUBJECT PROPERTY $ **1,080,000**

**APPRAISER**

Signature: Linda Bascom
Name: Linda M. Bascom
State Certification # AR004884
or License #
or Other (describe): State #:
State: CA
Expiration Date of Certification or License: 07/05/2015
Date of Signature and Report: 09/23/2014
Date of Property Viewing:
Degree of property viewing:
[X] Interior and Exterior [ ] Exterior Only [ ] Did not personally view

**SUPERVISORY APPRAISER**

Signature:
Name:
State Certification #
or License #
State:
Expiration Date of Certification or License:
Date of Signature:
Date of Property Viewing:
Degree of property viewing:
[ ] Interior and Exterior [ ] Exterior Only [ ] Did not personally view

This form Copyright © 2005-2010 ACI Division of ISO Claims Services, Inc., All Rights Reserved.
(gPAR™) General Purpose Appraisal Report 5/2010
GPARSUMWOCI_10 10122010

BASCOM APPRAISAL

# USPAP ADDENDUM

File No. LB014414

Borrower: Forrest, Lydia & Ronald Norman
Property Address: 5230 Teesdale Ave
City: Valley Village County: Los Angeles State: CA Zip Code: 91607
Lender: Ronald Norman

## Reasonable Exposure Time

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is: 3-6 months.

DEFINITION OF EXPOSURE TIME: The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of an appraisal; a retrospective opinion based on an analyses of past events assuming a competitive and open market.

The appraiser has determined that the property would have to be exposed on the open market, for the marketing time noted above, in order to have a market value indicated in this appraisal report, as of the effective date of this appraisal.

## Additional Certifications

☐ I have performed **NO** services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☒ I **HAVE** performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

I have completed an appraisal on the subject during the 36 month period immediately preceding the effective date of this appraisal report. The appraisal was done for the homeowner with an effective date of 05/06/2014.

As of the effective date of valuation for the subject of this report, the status of Linda M Bascom with the California State Office of Real Estate Appraisers (OREA) is "ACTIVE/in GOOD STANDING" as a Certified Residential Real Estate Appraiser.

"This Appraisal has been performed in compliance with the applicable Appraiser Independence Requirements (AIR)."

"The reported analysis, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute, which includes the Uniform Standards of Professional Appraisal Practice (USPAP), the Dodd-Frank Act, and all applicable state and federal regulations, including the licensing regulations for the State of California."

"FIRREA CERTIFICATION STATEMENT" - The appraiser certifies and agrees that this appraisal was prepared in accordance with Title XI of FIRREA (Financial Institutes, Reform, Recovery, and Enforcement Act of 1989), as amended (12 U.S.C.3331 et seq.), and any applicable implementing regulations in effect at the time the appraiser signs the appraisal certification.

## Additional Comments

INTENDED USER/USERS and INTENDED USE - "The intended user of this appraisal report is the Lender/Client noted in the Subject Section on page #1 of this appraisal report, and its' successors or assigns. The Intended Use of this appraisal report is to evaluate the property that is the subject of this appraisal report for bankruptcy purposes, and is subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value. No additional Intended Users or Intended Uses are identified by the appraiser".

"No employee, director, officer, or agent of the lender, or any other third party acting as a joint venture partner, independent contractor, appraisal management company, or partner on behalf of the lender has influenced or attempted to influence the development, reporting, result, or review of this assignment through coercion, extortion, collusion, compensation, inducement, intimidation, bribery, or in any other manner."

"If this appraisal is digitally signed, the digital signature requires a security password known only to me. No changes or modifications can be made to any portion of the appraisal one it has been digitally signed. The digital signature on the appraisal is an accurate representation of my signature. If this report has a hand applied signature, this comment does not apply."

| APPRAISER: | SUPERVISORY APPRAISER (only if required): |
|---|---|
| Signature: Linda Bascom | Signature: |
| Name: Linda M. Bascom | Name: |
| Date Signed: 09/23/2014 | Date Signed: |
| State Certification #: AR004884 | State Certification #: |
| or State License #: | or State License #: |
| or Other (describe): State #: | State: |
| State: CA | Expiration Date of Certification or License: |
| Expiration Date of Certification or License: 07/05/2015 | Supervisory Appraiser inspection of Subject Property: |
| Effective Date of Appraisal: 09/15/2014 | ☐ Did Not ☐ Exterior-only from street ☐ Interior and Exterior |

# FLOORPLAN SKETCH

| Client: Ronald Norman | | File No.: LB014414 |
|---|---|---|
| Property Address: 5230 Teesdale Ave | | Case No.: |
| City: Valley Village | State: CA | Zip: 91607 |

Sketch by Apex MedinaÊ

Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | First Floor | 1604.7 | 1604.7 |
| GLA2 | Second Floor | 1703.5 | 1703.5 |
| GAR | Garage | 380.0 | 380.0 |
| P/P | Porch | 36.0 | |
| | Balcony | 84.0 | 120.0 |
| Net LIVABLE Area | | (rounded) | 3308 |

| LIVING AREA BREAKDOWN | Subtotals |
|---|---|
| **First Floor** | |
| 25.0 x 16.0 | 400.0 |
| 3.0 x 16.0 | 48.0 |
| 26.0 x 44.0 | 1144.0 |
| 0.5 x 1.5 x 1.5 | 1.1 |
| 7.0 x 1.5 | 10.5 |
| 0.5 x 1.5 x 1.5 | 1.1 |
| **Second Floor** | |
| 15.0 x 6.0 | 90.0 |
| 16.9 x 33.0 | 558.5 |
| 6.0 x 15.0 | 90.0 |
| 19.0 x 40.0 | 759.0 |
| 8.1 x 16.0 | 129.5 |
| 0.5 x 0.0 x 24.0 | 0.3 |
| 7.0 x 17.0 | 119.0 |
| 0.5 x 17.0 x 0.1 | 0.6 |
| Curve 10.1 @ 128.0° | -14.7 |
| Curve 18.0 @ 65.6° | -28.8 |
| 16 Items (rounded) | 3308 |

**FLOORPLAN SKETCH**

| | | |
|---|---|---|
| Client: Ronald Norman | | File No.: LB014414 |
| Property Address: 5230 Teesdale Ave | | Case No.: |
| City: Valley Village | State: CA | Zip: 91607 |

Sketch by Apex MedinaÊ

Comments:

**AREA CALCULATIONS SUMMARY**

| Code | Description | Net Size | Net Totals |
|---|---|---|---|
| OTH | Auxillary Unit | 251.3 | |
| | Guest House | 460.8 | 712.0 |

**AREA BREAKDOWN**

| Breakdown | Subtotals |
|---|---|

**PLAT MAP**

| Client: Ronald Norman | | File No.: LB014414 |
|---|---|---|
| Property Address: 5230 Teesdale Ave | | Case No.: |
| City: Valley Village | State: CA | Zip: 91607 |



**LOCATION MAP**

| Client: Ronald Norman | | File No.: LB014414 |
|---|---|---|
| Property Address: 5230 Teesdale Ave | | Case No.: |
| City: Valley Village | State: CA | Zip: 91607 |



**FLOOD MAP**

| Client: Ronald Norman | | File No.: LB014414 |
|---|---|---|
| Property Address: 5230 Teesdale Ave | | Case No.: |
| City: Valley Village | State: CA | Zip: 91607 |

Subject
5230 Teesdale Avenue
Valley Village, CA 91607-2324
Calvert St
Aetna St
Emelita St
Miranda St
Calira St
Hatteras St
Campus Dr
Hart St
Chandler Dr
Margate St
Connecting Road
Weddington St
Fulton Ct
Magnolia Blvd
Leghorn Ave
Teesdale Ave
Hermitage Ave
Otsego St
Hesby St
Kahlenberg Ln
Morrison St
Wilkinson Ave
Huston St
La Maida St
Riverside Dr
Longridge Ave
Agnes Ave
Vantage Ave
Kling St
Goodland Ave
Hortense St
Laurelgrove Ave
Ventura Fwy
Campbell Hall Dr
Nagle Ave
Atoll Ave
Morse Ave
Van Noord Ave
Milbank St
Landale St
Babcock Ave
Rye St
Beeman Ave
Ethel Ave
Bloomfield St
Bluebell Ave
Rhodes Ave
Bellingham Ave
Ben Ave
Gentry Ave
FloodMap Legend
Flood Zones
Areas inundated by 500-year flooding
Areas outside of the 100- and 500-year floodplains
Areas inundated by 100-year flooding
Areas inundated by 100-year flooding with velocity hazard
Floodway areas
Floodway areas with velocity hazard
Areas of undetermined but possible flood hazards
Areas not mapped on any published FIRM
Flood Information
Community: 060137 - LOS ANGELES, CITY OF
Property is not in a FEMA special flood hazard area.
Map Number: 06037C1320F
Map Date: 09/26/2008
Panel: 1320F
FIPS: 06037
Zone: X
Neither Transamerica Flood Hazard Certification (TFHC) nor ACI make any representations or warranties to any party concerning the content, accuracy or completeness of this flood report, including any warranty of merchantability or fitness for a particular purpose. Neither TFHC nor ACI nor the seller of this flood report shall have any liability to any third party for any use or misuse of this flood report.

**SUBJECT PROPERTY PHOTO ADDENDUM**

| Client: Ronald Norman | | File No.: LB014414 |
|---|---|---|
| Property Address: 5230 Teesdale Ave | | Case No.: |
| City: Valley Village | State: CA | Zip: 91607 |

**FRONT VIEW OF SUBJECT PROPERTY**

Appraised Date: September 15, 2014
Appraised Value: $ 1,080,000

**REAR VIEW OF SUBJECT PROPERTY**

**STREET SCENE**

## ADDITIONAL SUBJECT PHOTOGRAPHS

| Client: Ronald Norman | | File No.: LB014414 |
|---|---|---|
| Property Address: 5230 Teesdale Ave | | Case No.: |
| City: Valley Village | State: CA | Zip: 91607 |

BUILT-IN POOL & SPA with cabana in the rear

POOL EQUIPMENT

CABANA

CABANA - INTERIOR

CABANA - BATH

ACCESSORY UNIT

ACCESSORY UNIT

ACCESSORY UNIT - KITCHEN

ACCESSORY UNIT - BATH

GARAGE CONVERSION

ENTRANCE

LIVING ROOM

DINING ROOM

KITCHEN

FAMILY ROOM

Page 22
Produced using ACI software, 800.234.8727 www.aciweb.com
PHT15

# ADDITIONAL SUBJECT PHOTOGRAPHS

| Client: Ronald Norman | | File No.: LB014414 |
|---|---|---|
| Property Address: 5230 Teesdale Ave | | Case No.: |
| City: Valley Village | State: CA | Zip: 91607 |

BATH #4 - downstairs

BATH #4 - downstairs

BEDROOM #4 - downstairs

1/2 BATH

1/2 BATH

STAIRS

MASTER BEDROOM

MASTER BATH

MASTER BATH

MASTER BATH

LOFT

BEDROOM #2

BATH #2

BEDROOM #3

BATH #3

Produced using ACI software, 800.234.8727 www.aciweb.com

**COMPARABLE PROPERTY PHOTO ADDENDUM**

| Client: Ronald Norman | | File No.: LB014414 |
|---|---|---|
| Property Address: 5230 Teesdale Ave | | Case No.: |
| City: Valley Village | State: CA | Zip: 91607 |

**COMPARABLE SALE #1**

12643 Collins St
Valley Village, CA 91607
Sale Date: 07/08/2014 COE
Sale Price: $ 950,000

**COMPARABLE SALE #2**

12244 Tiara St
Valley Village, CA 91607
Sale Date: 07/02/2014 COE
Sale Price: $ 1,230,000

**COMPARABLE SALE #3**

12537 Killion St
Valley Village, CA 91607
Sale Date: 05/29/2014 COE
Sale Price: $ 975,000

## COMPARABLE PROPERTY PHOTO ADDENDUM

| Client: Ronald Norman | | File No.: LB014414 |
|---|---|---|
| Property Address: 5230 Teesdale Ave | | Case No.: |
| City: Valley Village | State: CA | Zip: 91607 |

**COMPARABLE SALE #4**

5225 Goodland Ave
Valley Village, CA 91607
Sale Date: 04/30/2014 COE
Sale Price: $ 1,070,000

**COMPARABLE SALE #5**

4951 Fulton Ave
Sherman Oaks, CA 91423
Sale Date: 09/02/2014 List
Sale Price: $ 1,050,000

**COMPARABLE SALE #6**

5207 Teesdale Ave
Valley Village, CA 91607
Sale Date: 08/17/2014 List
Sale Price: $ 1,149,000

**APPRAISERS' REAL ESTATE APPRAISER LICENSE ("Certified Residential") - State of California**

| Client: Ronald Norman | | File No.: LB014414 |
|---|---|---|
| Property Address: 5230 Teesdale Ave | | Case No.: |
| City: Valley Village | State: CA | Zip: 91607 |

Business, Consumer Services & Housing Agency

BUREAU OF REAL ESTATE APPRAISERS

REAL ESTATE APPRAISER LICENSE

Linda M. Bascom

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title:

"Certified Residential Real Estate Appraiser"

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

BREA APPRAISER IDENTIFICATION NUMBER: AR 004884

Effective Date: July 6, 2013
Date Expires: July 5, 2015

COPY

Jim Martin, Bureau Chief, BREA

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO SEE 'CHAIN LINK'

common good privacy All people Liberty Speak Conscience without discrimination protecting

California Secretary of State Debra Bowen

Secretary of State | Administration | Elections | Business Programs | Political Reform | Archives | Registries

**Business Entities (BE)**

Online Services
- **E-File Statements of Information for Corporations**
- **Business Search**
- **Processing Times**
- **Disclosure Search**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Statements of Information** (annual/biennial reports)

**Filing Tips**

**Information Requests** (certificates, copies & status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**

Customer Alerts
- **Business Identity Theft**
- **Misleading Business Solicitations**

# Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, December 19, 2014. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| **Entity Name:** | MGC MORTGAGE, INC. |
| **Entity Number:** | C3112026 |
| **Date Filed:** | 10/15/2009 |
| **Status:** | ACTIVE |
| **Jurisdiction:** | TEXAS |
| **Entity Address:** | 7195 DALLAS PKWY |
| **Entity City, State, Zip:** | PLANO TX 75024 |
| **Agent for Service of Process:** | C T CORPORATION SYSTEM |
| **Agent Address:** | 818 WEST SEVENTH ST 2ND FL |
| **Agent City, State, Zip:** | LOS ANGELES CA 90017 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search** **New Search** **Printer Friendly** **Back to Search Results**

**Privacy Statement** | **Free Document Readers**

Copyright © 2014 California Secretary of State

Business Search - Business Entities - Business Programs http://kepler.sos.ca.gov/

common good privacy All people Liberty Speak Conscience without discrimination protecting California Secretary of State Debra Bowen

Secretary of State | Administration | Elections | Business Programs | Political Reform | Archives | Registries

**Business Entities (BE)**

Online Services
- **E-File Statements of Information for Corporations**
- **Business Search**
- **Processing Times**
- **Disclosure Search**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Statements of Information** (annual/biennial reports)

**Filing Tips**

**Information Requests** (certificates, copies & status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**

Customer Alerts
- **Business Identity Theft**
- **Misleading Business Solicitations**

# Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, December 19, 2014. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| **Entity Name:** | TRINITY FINANCIAL SERVICES, LLC |
| **Entity Number:** | 201417110104 |
| **Date Filed:** | 06/19/2014 |
| **Status:** | ACTIVE |
| **Jurisdiction:** | WYOMING |
| **Entity Address:** | 2618 SAN MIGUEL DR STE 303 |
| **Entity City, State, Zip:** | NEWPORT BEACH CA 92660 |
| **Agent for Service of Process:** | INCORP SERVICES, INC. (C2294569) |
| **Agent Address:** | * |
| **Agent City, State, Zip:** | * |

* Indicates the information is not contained in the California Secretary of State's database.

* **Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search** **New Search** **Printer Friendly** **Back to Search Results**

**Privacy Statement** | **Free Document Readers**

Copyright © 2014 California Secretary of State

Page 28

1 of 1 12/23/2014 1:19 PM

Business Search - Business Entities - Business Programs http://kepler.sos.ca.gov/

California Secretary of State Debra Bowen

Secretary of State | Administration | Elections | Business Programs | Political Reform | Archives | Registries

**Business Entities (BE)**

Online Services
- **E-File Statements of Information for Corporations**
- **Business Search**
- **Processing Times**
- **Disclosure Search**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Statements of Information** (annual/biennial reports)

**Filing Tips**

**Information Requests** (certificates, copies & status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**

Customer Alerts
- **Business Identity Theft**
- **Misleading Business Solicitations**

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, December 19, 2014. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| **Entity Name:** | INCORP SERVICES, INC. |
| **Entity Number:** | C2294569 |
| **Date Filed:** | 02/27/2003 |
| **Status:** | ACTIVE |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Address:** | 2360 CORPORATE CIR STE 400 |
| **Entity City, State, Zip:** | HENDERSON NV 89074 |
| **Agent for Service of Process:** | DIANE KALINOWSKI |
| **Agent Address:** | 5716 CORSA AVE STE 110 |
| **Agent City, State, Zip:** | WESTLAKE VILLAGE CA 91362 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search** **New Search** **Printer Friendly** **Back to Search Results**

**Privacy Statement** | **Free Document Readers**

Copyright © 2014 California Secretary of State

Page 29

1 of 1 12/23/2014 1:20 PM

# PROOFFOF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1250 Sixth Street, Suite 205, Santa Monica, CA 90401-1637

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION FOR ORDER DETERMINING THEVVALUE OF COLLATERAL (11 U.S.C.Section 506(a), FRBP 3012** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEC)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ____01/06/2015______, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

William H Brownstein on behalf of Debtor Lydia R. Forrest, Brownsteinlaw.bill@gmail.com
Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV), kate.bunker@usdoj.gov
Leslie M Klott on behalf of Creditor Dovenmuehle Mortgage Inc., bankruptcy@zievelaw.com
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**22..SERVED BY UNITED STATES MAIL**: O n ( *date*) _____01/05/2015_________, I served the following persons and/or the lasentitt kies atnown addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _01/05/2015________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
The Honorable Maureen Tighe, Bankruptcy Judge, Chambers, 21041 Burbank Boulevard, Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/5/2015 | Alena Blovett | Alena Blovett |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

Main Document Page 31 of 32

*(Attached page to Proof of Service-please include any additional or alternative addresses and attach additional pages if needed)*
*(Certified Mail required for service on a national bank.)*

| *(Name of 1st Lienholder)* | Address from: | Delivery Method: |
|---|---|---|
| MGC MORTGAGE, INC.<br>*Agent for Service of Process (Name & Address)*<br>C T CORPORATION SYSTEM<br>818 WEST SEVENTH ST 2ND FL<br>LOS ANGELES CA 90017 | ☐ Proof of claim<br>☒ Secretary of State<br>☐ FDIC website<br>☐ Other: *(Specify)* | ☒ US mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
| *(Name of 1st Lienholder)*<br>*Agent for Service of Process (Name & Address)* | Address from:<br>☐ Proof of claim<br>☐ Secretary of State<br>☐ FDIC website<br>☐ Other: *(Specify)* | Delivery Method:<br>☐ US mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
| *(Name of 1st Lienholder)*<br>*Agent for Service of Process (Name & Address)* | Address from:<br>☐ Proof of claim<br>☐ Secretary of State<br>☐ FDIC website<br>☐ Other: *(Specify)* | Delivery Method:<br>☐ US mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |

| *(Name of 2nd Lienholder)* | Address from: | Delivery Method: |
|---|---|---|
| TRINITY FINANCIAL SERVICES, LLC.<br>*Agent for Service of Process (Name & Address)*<br>INCORP SERVICES, INC.<br>2360 CORPORATE CIR STE 400<br>HENDERSON NV 89074 | ☐ Proof of claim<br>☒ Secretary of State<br>☐ FDIC website<br>☐ Other: *(Specify)* | ☒ US mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
| *(Name of 2nd Lienholder)*<br>TRINITY FINANCIAL SERVICES, LLC.<br>*Agent for Service of Process (Name & Address)*<br>DIANE KALINOWSKI<br>5716 CORSA AVE STE 110<br>WESTLAKE VILLAGE CA 91362 | Address from:<br>☐ Proof of claim<br>☒ Secretary of State<br>☐ FDIC website<br>☐ Other: *(Specify)* | Delivery Method:<br>☒ US mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
| *(Name of 2nd Lienholder)*<br>*Agent for Service of Process (Name & Address)* | Address from:<br>☐ Proof of claim<br>☐ Secretary of State<br>☐ FDIC website<br>☐ Other: *(Specify)* | Delivery Method:<br>☐ US mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*June 2013* Page 32 **F F3012-1.MOTION.VALUATION**

Main Document Page 32 of 32

| | | |
|---|---|---|
| *(Name of 3rd Lienholder)*<br><br>*Agent for Service of Process*<br>*(Name & Address)* | Address from:<br>☐ Proof of claim<br>☐ Secretary of State<br>☐ FDIC website<br>☐ Other: *(Specify)* | Delivery Method:<br>☐ US mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
| *(Name of 3rd Lienholder)*<br><br>*Agent for Service of Process*<br>*(Name & Address)* | Address from:<br>☐ Proof of claim<br>☐ Secretary of State<br>☐ FDIC website<br>☐ Other: *(Specify)* | Delivery Method:<br>☐ US mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
| *(Name of 3rd Lienholder)*<br><br>*Agent for Service of Process*<br>*(Name & Address)* | Address from:<br>☐ Proof of claim<br>☐ Secretary of State<br>☐ FDIC website<br>☐ Other: *(Specify)* | Delivery Method:<br>☐ US mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |

| | | |
|---|---|---|
| *Alternative/Additional Address*<br>*(Name & Address)* | Address from:<br>☐ Proof of claim<br>☐ Secretary of State<br>☐ FDIC website<br>☐ Other: *(Specify)* | Delivery Method:<br>☐ US mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking # ______<br>Carrier Name: |
| *Alternative/Additional Address*<br>*(Name & Address)* | Address from:<br>☐ Proof of claim<br>☐ Secretary of State<br>☐ FDIC website<br>☐ Other: *(Specify)* | Delivery Method:<br>☐ US mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*June 2013* Page 33 **F 3F3012-1.MOTION.VALUATION**