William H. Brownstein, SBN 84507
WILLIAM H. BROWNSTEIN & ASSOCIATES,
**PROFESSIONAL CORPORATION**
1250 SIXTH STREET
SUITE 205
SANTA MONICA, CALIFORNIA 90401-1637
Telephone: (310) 458-0048
Telecopier: (310) 576-3581
E-Mail: Brownsteinlaw.bill@gmail.com

Attorneys for Debtor and
Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>LYDIA RAY FORREST,<br><br><br>Debtor and Debtor in Possession. | Case No. 1:14-bk-14361MT<br><br>In a Case Under Chapter<br>11 of the Bankruptcy Code<br>(11 U.S.C. § 1101 et seq.)<br><br>STIPULATION TO CONTINUE HEARING ON MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL<br>[11 U.S.C. Section 506(a), FRBP 3012]<br><br><u>Current Hearing Date and Time:</u><br>Date: January 29, 2015<br>Time: 9:30 a.m.<br><u>Continued Hearing Date and Time:</u><br>Date: March 5, 2015<br>Time: 9:30 a.m.<br>Ctrm: 302<br>Floor: Third |

TO THE HONORABLE MAUREEN TIGHE, BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA AND ALL PARTIES IN INTEREST:

Incorporated herein is the STIPULATION TO CONTINUE HEARING ON MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL [11 U.S.C. Section 506(a), FRBP 3012] from January 29, 2015 until March 5, 2015 at 9:30 a.m., or as soon thereafter as the Honorable Maureen Tighe, Bankruptcy Judge, will hear the matter is her courtroom which is

located at 21041 Burbank Boulevard, Courtroom 302, Third Floor, Woodland Hills, California 91367.

DATED: January 20, 2015

Respectfully submitted,

William H. Brownstein & Associates,

By: _____William H. Brownstein_____
William H. Brownstein, Attorneys for Lydia Forrest, Debtor

STIPULATION TO CONTINUE HEARING ON MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL [11 U.S.C. Section 506(a), FRBP 3012]

2

William H. Brownstein, SBN 84507
WILLIAM H. BROWNSTEIN & ASSOCIATES,
**PROFESSIONAL CORPORATION**
1250 SIXTH STREET
SUITE 205
SANTA MONICA, CALIFORNIA 90401-1637
Telephone: (310) 458-0048
Telecopier: (310) 576-3581
E-Mail: Brownsteinlaw.bill@gmail.com

Attorneys for Debtor and
Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>LYDIA RAY FORREST,<br><br><br><br><br><br><br><br><br><br>Debtor and Debtor in Possession. | Case No. 1:14-bk-14361MT<br><br>In a Case Under Chapter<br>11 of the Bankruptcy Code<br>(11 U.S.C. § 1101 et seq.)<br><br>STIPULATION TO CONTINUE HEARING ON MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL<br>[11 U.S.C. Section 506(a), FRBP 3012]<br><br><u>Current Hearing Date and Time:</u><br>Date: January 29, 2015<br>Time: 9:30 a.m.<br><u>Continued Hearing Date and Time:</u><br>Date: March 5, 2015<br>Time: 9:30 a.m.<br>Ctrm: 302<br>Floor: Third |

TO THE HONORABLE MAUREEN TIGHE, BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA AND ALL PARTIES IN INTEREST:

This STIPULATION TO CONTINUE HEARING ON MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL [11 U.S.C. Section 506(a), FRBP 3012], is entered by and between Lydia Ray Forrest, the above-captioned Debtor and Debtor in

Possession by and through her counsel William H. Brownstein & Associates, Professional Corporation (the "Debtor") and Trinity Financial Services, LLC, by and through its counsel Henry D. Paloci, III ("Trinity") and LPP Mortgage Ltd. ("LPP") serviced by Dovenmuehle Mortgage, Inc., by and through its counsel Leslie Klott, of the Law Offices of Les Zieve (the "Debtor" and "Trinity" and "LPP" are sometimes hereinafter referred to as the "Parties"), with reference to the following:

**RECITALS.**

1. Debtor is the Debtor in Possession in the above-captioned Chapter 11 case having filed a voluntary petition under Chapter 11 of the Bankruptcy Code on September 24, 2014 and for all times thereafter the Debtor has remained in possession pursuant to 11 U.S.C. §§1107(a) and 1108.

2. On January 6, 2015, the Debtor filed her Notice of Motion and Motion for Order Determining Value of Collateral [11 U.S.C. Section 506(a), FRBP 3012] (the "LAM Motion"), Doc. No. 46, for the value of the real property located at 5230 Teesdale Avenue, Valley Village, California (the "Subject Property"), which is currently scheduled to take place on January 29, 2015 at 9:30 a.m.

3. On January 14, 2015, LPP Mortgage Limited file its Opposition to Debtor's Motion to Determine Secured Value of Real Property Located at 5230 Teesdale Avenue, Los Angeles, California 91607, Doc. 48, which stated among other things that it needed additional time to conduct an appraisal of the Subject Property.

4. On January 19, 2015, Trinity Financial Services LLC filed its Opposition to Motion to Value Collateral, Doc. 52, which stated among other things that it needed additional time to conduct an appraisal of the Subject Property.

5. The Parties have met and conferred and have agreed to continue the pending hearing on the LAM Motion to enable Trinity and LPP to conduct an appraisal of the Subject Property.

6. The Parties have authority to enter into this Stipulation on behalf of their respective clients.

STIPULATION TO CONTINUE HEARING ON MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL [11 U.S.C. Section 506(a), FRBP 3012]
2

**STIPULATION.**

1. The Parties incorporate the foregoing recitals.

2. The hearing on the LAM Motion shall be continued until March 5, 2015 at 9:30 a.m., or such other date and time as convenient for the Court's calendar.

IT IS SO STIPULATED.

Dated: January 20, 2015

Respectfully submitted,
William H. Brownstein & Associates,
Professional Corporation

By: /s/ William H. Brownstein
Attorneys for Lydia Forrest, Debtor

Dated: January ___, 2015

Henry D. Paloci III PA

By: See next page for explanation
Henry D. Paloci III, Attorneys for
Trinity Financial Services LLC

Dated: January 21, 2015

Law Offices of Les Zieve

By: Signature on next page
Leslie Klott, Attorneys for
LPP Mortgage Ltd. serviced by
Dovenmuehle Mortgage, Inc.

STIPULATION TO CONTINUE HEARING ON MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL [11 U.S.C. Section 506(a), FRBP 3012]

3

**STIPULATION.**

1. The Parties incorporate the foregoing recitals.

2. The hearing on the LAM Motion shall be continued until March 5, 2015 at 9:30 a.m., or such other date and time as convenient for the Court's calendar.

IT IS SO STIPULATED.

Dated: January 20, 2015

Respectfully submitted,
William H. Brownstein & Associates,
Professional Corporation

By: *(signature)* William H. Brownstein
Attorneys for Lydia Forrest, Debtor

Dated: January 22, 2015

Henry D. Paloci III PA
*In Email of 1/19/2015 counsel represented that he would sign stipulation once Ms. Klott did so. As of today no signature has been received or response to Debtor's numerous Emails.*

By:
Henry D. Paloci III, Attorneys for
Trinity Financial Services LLC

Dated: January 21, 2015

Law Offices of Les Zieve

By: *(signature)*
Leslie Klott, Attorneys for
LPP Mortgage Ltd. serviced by
Dovenmuehle Mortgage, Inc.

*Thus this is being filed without the signature of Mr. Paloci. WHB

---

STIPULATION TO CONTINUE HEARING ON MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL [11 U.S.C. Section 506(a), FRBP 3012]

3