| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| William H. Brownstein, SBN 84507<br>William H. Brownstein & Associates, P.C.<br>1250 Sixth Street, Suite 205<br>Santa Monica, CA  90401-1637<br>(310) 458-0048<br>FAX: (310) 576-3581<br>Email: Brownsteinlaw.bill@gmail.com | |

☐ *Individual appearing without attorney*
☒ *Attorney for:* Debor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION****

| In re:<br><br>LYDIA RAY FORREST,<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:14-bk-13461MT<br>CHAPTER: SELECT CHAPTER   11<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE
[LBR 9075-1(b)]** |
|---|---|

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

   a. Title of motion: NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF ORDER AND NOTICE OF DISMISSAL PURSUANT TO 11 U.S.C. § 521(i)(1) FOR FAILURE TO FILE COPIES OF PAYMENT ADVICES (PAY STUBS) REQUIRED UNDER § 521(a)(1)(B)(iv); POINTS AND AUTHORITIES; DECLARATION IN SUPPORT THEREOF AND EXHIBITS

   b. Date of filing of motion: February 13, 2015

2. Compliance with LBR 9075-1(b)(2)(A): (*The following three sections must be completed*):

   a. Briefly specify the relief requested in the motion:
   Seeking an order vacating the dismissal of the case entered on February 12, 2015 on the ground that it was entered as a result of a clerk error. The Clerk believes that the Debtor did not list her employment income or show pay stubs as required under 11 USC Section 521. Debtor filed all such disclosures, Doc. No. 29 pages 56 and 57 on October 23, 2014, and Debtor, having no pay stubs, had nothing to attach. A dismissal will cause irreparable harm and result in a grossly inequitable result in light of the substantial progress toward reorganization taken in this case and what Debtor and her counsel believe to be her full compliance in this case. As such, pursuant to Rule 9023, F.R.Bank.Pro. which makes Rule 59, F.R. Civ. Pro. applicable, this motion is being brought for a hearing on shortened notice. A hearing on the LAM motion is set for March 5, 2015 at 9:30 a.m. and the parties are working on attempting to resolve their disputes by stipulation or, as Debtor requests, mediation.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                             Page 1                           **F 9075-1.1.APP.SHORT.NOTICE**

   b. Identify the parties affected by the relief requested in the motion:
      The secured creditors, both of whom have already received a copy of the motion.

   c. State the reasons necessitating a hearing on shortened time:
      There is a hearing on the Lien Avoidance Motion, as continued by stipulation, set for March 5, 2015. The Debtor wishes to proceed with a prompt reorganization of her case. If this case is dismissed, although not sure of the timing, Debtor is afraid that the secured creditor may be able to proceed with a trustee sale of the major asset, thereby depriving the Debtor of the ability to reorganize. Debtor has been making mortgage payments to the holder of the 1st Trust Deed since filing this case.

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER.SHORT.NOTICE

Date: 2/13/2015

William H. Brownstein & Associates, P.C.
Printed name of law firm

/s/ William H. Brownstein
Signature of individual Movant or attorney for Movant

William H. Brownstein
Printed name of individual Movant or attorney for Movant

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 2     **F 9075-1.1.APP.SHORT.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1250 Sixth Street, Suite 205, Santa Monica, CA  90401-1637

A true and correct copy of the foregoing document entitled: **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/13/2015       , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV), kate.bunker@usdoj.gov
Leslie M Klott on behalf of Creditor Dovenmuehle Mortgage Inc., bankruptcy@zievelaw.com
Henry D Paloci on behalf of Creditor Trinity Financial Services LLC, hpaloci@hotmail.com, hpaloci@calibankruptcy.com
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 2/13/2015       , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 2/13/2015       , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/13/2015 | William H. Brownstein | /s/ William H. Brownstein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.