William H. Brownstein, SBN 84507
William H. Brownstein & Associates,
Professional Corporation
12301 Wilshire Boulevard
Suite 500
Los Angeles, CA 90025
(310) 458-0048
FAX: (310) 576-3581
Email: Brownsteinlaw.bill@gmail.com

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No: 1:14-bk-14361-MT |
| LYDIA RAY FORREST, | Chapter 11 |
| Debtor(s). | NOTICE OF CHANGE OF ADDRESS FOR ATTORNEY FOR DEBTOR |
| | [No Hearing Required] |

TO THE HONORABLE BANKRUPTCY JUDGE, THE DEBTOR, CREDITORS, THE TRUSTEE IF ANY, THE UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA AND THE OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that effective September 21, 2015, William H. Brownstein & Associates, Professional Corporation, has changed its address and its new address is 12301 Wilshire Boulevard, Suite 500, Los Angeles, California 90025.

DATED: September 22, 2015            Respectfully submitted,

                                     William H. Brownstein & Associates,
                                        Professional Corporation

                                     By: _____
                                     William H. Brownstein, Attorneys
                                     for Debtor and Debtor in Possession