| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Willliam H. Brownstein, SBN 84507<br><br>William H. Brownstein & Associates, Professional Corporation<br>11755 Wilshire Boulevard, Suite 1250<br>Los Angeles, CA  90025-1540<br>(310) 458-0048 FAX: (310) 362-3212<br>Email: Brownsteinlaw.bill@gmail.com<br><br>☒ *Attorney for*: Reorganized Debtor | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**OCT 21 2016**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** Gonzalez **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>LYDIA RAY FORREST,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:14-bk-14361MT<br>CHAPTER: 11<br><br>**ORDER ON APPLICATION FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☒ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**<br><br>DATE: October 20, 2016<br>TIME: 9:30 a.m.<br>COURTROOM: 302<br>PLACE: 21041 Burbank Boulevard<br>            Woodland Hills, CA  91367 |
|---|---|

1. Name of Applicant (*specify*): William H. Brownstein & Associates, Professional Corporation

2. This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3. Appearances were made as follows:
   a. ☐ Applicant present in court
   b. ☐ Attorney for Applicant present in court (name):
   c. ☐ Attorney for United States trustee present in court
   d. ☐ Other persons present as reflected in the court record
   e. ☒ Appearances were waived.

4. Applicant gave the required notice of the Application on (*specify date*): 9/22/2016

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                Page 1                                **F 2016-1.3.ORDER.PAYMENT.FEES**

5. The court orders as follows:
   a. ☐ Application for Payment of Interim Fees is approved as follows:
      (1) ☐ Total amount allowed:  $ _____
      (2) ☐ Amount or percentage authorized for payment at this time: _____

   b. ☐ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      ☐ Total amount allowed:  $ _____

   c. ☒ Application for Payment of Final Fees is approved in the amount of: $ 60,814.20

   d. ☒ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☒ Total amount allowed: $ 3,605.53

   e. (1) ☐ Application is denied
         ☐ in full
         ☐ in part
         ☐ without prejudice
         ☐ with prejudice
      (2) Grounds for denial *(specify):*

   f. ☐ The court further orders *(specify):*

###

Date: October 21, 2016

*(signed)* Maureen A. Tighe
Maureen A. Tighe
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 2                    **F 2016-1.3.ORDER.PAYMENT.FEES**