| ☒ Recording requested by a return to:<br>William H. Brownstein, SBN 84507<br>William H. Brownstein & Associates, P.C.<br>11755 Wilshire Blvd., Suite 1250<br>Los Angeles, CA 90025-1540 | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>LYDIA RAY FORREST,<br>                                                    Debtor | CASE NUMBER 1:14-bk-14361MT<br>ADVERSARY NUMBER N/A |
| Plaintiff<br>vs.<br>Defendant | **ABSTRACT OF JUDGMENT** |

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

    a. Name and address     Lydia Ray Forrest
    
    5230 Teesdale Avenue
    
    Valley Village, CA 91607
    
    ☐ Address Unknown

    b. Driver's License No. _____    ☒ Unknown

    c. Social Security No.   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                                         ☐ Unknown

2. The Summons was personally served at, or mail to (address):

    5230 Teesdale Avenue, Valley Village, CA 91607

3. ☒ Information regarding additional judgment debtors is shown on reverse side.

Dated: 12/30/2016                                    _(Signature of Judgment Creditor or Attorney)_

(Continued on Reverse Side)

Revised February 2010

Abstract of Judgment - Page Two

| In re (SHORT TITLE) | CHAPTER 11 |
|---|---|
| LYDIA RAY FORREST                              Debtor(s). | CASE NO: 1:14-bk-14361MT<br>ADVERSARY NO.: |

4. I certify that in the above-entitled action and Court, Judgment was entered on October 21, 2016,
in favor of William H. Brownstein & Associates, Professional Corporation and against Lydia Ray Forrest

for    $ 64,419.73 ($60,814.20 fees + $3,605.53 costs)    Principal,

$ 0    Interest,

$ 0    Attorney's Fees, and

$ 0    Costs.

A lien in favor of a judgment creditor is:

☒ not endorsed on the judgment.

☐ endorsed on the judgment as follows:

1. Amount $ N/A

2. In favor of (name) N/A

A stay of execution has:

☒ not been ordered by the Court.

☐ been ordered by the Court effective until (date): N/A

Attested this    05th    day of    January 2017

KATHLEEN J. CAMPBELL
Clerk of the Bankruptcy Court

By:    KATHLEEN J. CAMPBELL
           Deputy Clerk

Information regarding additional judgment debtors:

_____
_____
_____
_____

*Revised February 2010*

United States Bankruptcy Court
Central District of California

In re:
Lydia R. Forrest
    Debtor

Case No. 14-14361-MT
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0973-1     User: egonzalez     Page 1 of 1     Date Rcvd: Oct 21, 2016
                        Form ID: pdf042     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2016.
db        +Lydia R. Forrest,   5230 Teesdale Avenue,   Valley Village, CA 91607-2324

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 23, 2016                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2016 at the address(es) listed below:
           Henry D Paloci   on behalf of Creditor   Trinity Financial Services LLC hpaloci@hotmail.com, hpaloci@calibankruptcy.com
           Katherine Bunker   on behalf of U.S. Trustee   United States Trustee (SV) kate.bunker@usdoj.gov
           Leslie M Klott   on behalf of Creditor   Dovenmuehle Mortgage Inc. bankruptcy@zievelaw.com
           Leslie M Klott   on behalf of Creditor   LPP Mortgage Ltd. bankruptcy@zievelaw.com
           Leslie M Klott   on behalf of Creditor   LPP Mortgage Ltd bankruptcy@zievelaw.com
           United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov
           William H Brownstein   on behalf of Other Professional William Harold Brownstein Brownsteinlaw.bill@gmail.com
           William H Brownstein   on behalf of Debtor Lydia R. Forrest Brownsteinlaw.bill@gmail.com
                                                                                                                                                                           TOTAL: 8

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>William H. Brownstein, SBN 84507<br><br>William H. Brownstein & Associates, Professional Corporation<br>11755 Wilshire Boulevard, Suite 1250<br>Los Angeles, CA 90025-1540<br>(310) 458-0048 FAX: (310) 362-3212<br>Email: Brownsteinlaw.bill@gmail.com<br><br>☒ *Attorney for:* Reorganized Debtor | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>OCT 21 2016<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY Gonzalez DEPUTY CLERK |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA** – SAN FERNANDO VALLEY **DIVISION**

| In re:<br><br>LYDIA RAY FORREST,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:14-bk-14361MT<br>CHAPTER: 11 |
|---|---|
| | **ORDER ON APPLICATION FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES**<br>(11 U.S.C. § 331)<br>☒ **FINAL FEES AND/OR EXPENSES**<br>(11 U.S.C. § 330) |
| | DATE: October 20, 2016<br>TIME: 9:30 a.m.<br>COURTROOM: 302<br>PLACE: 21041 Burbank Boulevard<br>Woodland Hills, CA 91367 |

1. Name of Applicant (*specify*): William H. Brownstein & Associates, Professional Corporation

2. This proceeding was heard at the date and place set forth above and was ☐ Contested ☒ Uncontested

3. Appearances were made as follows:
    a. ☐ Applicant present in court
    b. ☐ Attorney for Applicant present in court (name):
    c. ☐ Attorney for United States trustee present in court
    d. ☐ Other persons present as reflected in the court record
    e. ☒ Appearances were waived.

4. Applicant gave the required notice of the Application on (*specify date*): 9/22/2016

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                      Page 1                      **F 2016-1.3.ORDER.PAYMENT.FEES**

5. The court orders as follows:

   a. ☐ Application for Payment of Interim Fees is approved as follows:
      (1) ☐ Total amount allowed: $ _____
      (2) ☐ Amount or percentage authorized for payment at this time: _____

   b. ☐ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $ _____

   c. ☒ Application for Payment of Final Fees is approved in the amount of: $ 60,814.20

   d. ☒ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☒ Total amount allowed: $ 3,605.53

   e. (1) ☐ Application is denied
         ☐ in full
         ☐ in part
         ☐ without prejudice
         ☐ with prejudice
     (2) Grounds for denial (specify):

   f. ☐ The court further orders (specify):

###

Date: October 21, 2016

*Maureen A. Tighe*
Maureen A. Tighe
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                Page 2                F 2016-1.3.ORDER.PAYMENT.FEES