| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| William H. Brownstein, SBN 84507 <br> William H. Brownstein & Associates, P.C. <br> 11755 Wilshire Boulevard, Suite 1250 <br> Los Angeles, CA  90025-1540 <br> (310) 458-0048 <br> FAX: (310) 362-3212 <br> Email: Brownsteinlaw.bill@gmail.com <br><br> ☐ *Movant appearing without an attorney* <br> ☒ *Attorney for Movant* | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA -** SAN FERNANDO VALLEY DIVISION

| In re: <br> LYDIA RAY FORREST, <br><br><br><br><br><br><br><br><br><br><br><br><br> Debtor(s). | CASE NO.: 1:14-bk-14361MT <br> CHAPTER: 11 |
|---|---|
| | **NOTICE OF MOTION AND MOTION IN CHAPTER 11 CASE FOR THE ENTRY OF**: <br><br> ☐ **A FINAL DECREE AND ORDER CLOSING CASE; OR** <br><br> ☒ **AN ORDER CLOSING CASE ON INTERIM BASIS** <br><br> **[11 U.S.C. § 350(a) and 1101(2); FRBP 3022; LBR 3022-1]** |
| | ☒ No hearing unless requested under LBR 9013-1(o)(4) <br> ☐ Hearing Information: <br> DATE: <br> TIME: <br> COURTROOM: 302 <br> ADDRESS: 21041 Burbank Boulevard <br> Third Floor <br> Woodland Hills, CA  91367 |

**PLEASE TAKE NOTICE THAT** the Reorganized Debtor or chapter 11 trustee requests the entry of a final decree and/or an order closing a chapter 11 case in which a plan of reorganization was confirmed.

Your rights might be affected by this Motion.  You may want to consult an attorney.  Refer to the box checked below for the deadline to file and serve a written response.  If you fail to timely file and serve a written response, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.  You must serve a copy of your opposition upon the Reorganized Debtor, the Reorganized Debtor's attorney, the United States trustee, and on the judge pursuant to LBR 5005-2(d) and the Court Manual.

1. ☒ **No Hearing Scheduled; Notice Provided under LBR 9013-1(o):** This Motion is filed by the Debtor pursuant to LBR 9013-1(o), which provides for granting of motions without a hearing. The full Motion is attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                                                    Page 1                                   **F 3022-1.1.MOTION.CLOSE.CH11.CASE**

written response and request for hearing with the court and serve it as stated above, **no later than 14 days after the date stated on the Proof of Service of this Motion** plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F).  Your opposition must comply with LBR 9013-1(f) and (o).

2. ☐ **Hearing Set on Regular Notice; Notice Provided under LBR 9013-1(d):** This Motion is set for hearing on regular notice pursuant to LBR 9013-1(d).  The full Motion and supporting documentation are attached, including the legal and factual grounds upon which the Motion is made.  If you wish to oppose this Motion, you must file a written response with the court and serve it as stated above **no later than 14 days prior to the hearing.**  Your response must comply with LBR 9013-1(f).  The undersigned hereby verifies that the hearing date and time selected were available for this type of Motion according to the judge's self-calendaring procedures [LBR 9013-1(b)].

3. ☐ **Other** (*specify*)**:**

Date: 01/17/2017

_____
Signature of Reorganized Debtor or trustee

Lydia Ray Forrest
Printed name of Reorganized Debtor or trustee

Date: 01/17/2017

_____
Signature of attorney for Reorganized Debtor or trustee, if any

William H. Brownstein
Printed name of attorney for Reorganized Debtor or trustee, if any

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                                                         Page 2                                       **F 3022-1.1.MOTION.CLOSE.CH11.CASE**

**MOTION IN CHAPTER 11 CASE FOR ENTRY OF**:

☒ **A FINAL DECREE AND ORDER CLOSING CASE; OR**

☐ **AN ORDER CLOSING CASE ON AN INTERIM BASIS**

1. **Movant is the**: ☒ Reorganized Debtor    ☐ Chapter 11 trustee

2. **Postconfirmation Status of Bankruptcy Case**: Pursuant to 11 U.S.C. § 1101(2), FRBP 3022, and applicable case law and except as noted in the Declaration:

    a. The order confirming the plan of reorganization is final;

    b. All deposits required by the plan have been distributed;

    c. All property proposed by the plan to be transferred has been transferred;

    d. The Debtor or successor to the Debtor under the plan has assumed the business or the management of the property dealt with by the plan;

    e. All payments or other distributions under the plan have commenced; and

    f. All motions, contested matters, and adversary proceedings have been finally resolved.

3. **Relief Requested** (*check one box only*):

    a. ☐ **Motion for Entry of Final Decree In a Case that Has Been Fully Administered:** Movant requests the entry of a final decree because the chapter 11 plan has been substantially consummated and the bankruptcy case has been fully administered pursuant to 11 U.S.C. §§ 350(a), 1101(2), FRBP 3022, and applicable case law.

    b. ☒ **Motion for Entry of an Order Closing the Case on an Interim Basis:** Movant requests the entry of an order closing this bankruptcy case on an interim basis. Though the chapter 11 plan has been substantially consummated, the bankruptcy case cannot be fully administered at this time. At a later time, a motion to reopen the bankruptcy case will be filed so that a motion for entry of discharge (or other motion or contested matter) may be filed and resolved.

4. **Evidence in Support of Motion**: Movant includes as evidence the declaration and any exhibits.

Based on the foregoing, movant requests the court grant the relief requested.

Date: January 17, 2017    _____
                          Signature of Reorganized Debtor or trustee,
                          or attorney for Reorganized Debtor or trustee

                          Lydia Ray Forrest
                          _____
                          Printed name of Reorganized Debtor or trustee,
                          or attorney for Reorganized Debtor or trustee

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015    Page 3    **F 3022-1.1.MOTION.CLOSE.CH11.CASE**

**DECLARATION IN SUPPORT OF MOTION IN CHAPTER 11 CASE FOR ENTRY OF
A FINAL DECREE AND ORDER CLOSING CASE, OR
AN ORDER CLOSING CASE ON AN INTERIM BASIS**

1. **Name of Declarant and Foundation for Personal Knowledge**:

   a. I, (*name*) Lydia Ray Forrest ,
   make the following declaration in support of this motion.

   b. (1) [X] I have personal knowledge of the following facts because I am the:

   [X] Reorganized Debtor   [ ] Chapter 11 trustee

   (2) [ ] I am related to this bankruptcy case as the _____,
   and I have personal knowledge of the following facts because (*specify*):

2. **Postconfirmation Status of Bankruptcy Case**: except as noted in the following paragraph,

   a. The order confirming the plan of reorganization is final;
   b. All deposits required by the plan have been distributed;
   c. All property proposed by the plan to be transferred has been transferred;
   d. The Debtor or successor to the Debtor under the plan has assumed the business or the management of the property dealt with by the plan;
   e. All payments or other distributions under the plan have commenced; and
   f. All motions, contested matters, and adversary proceedings have been finally resolved.

3. **Exceptions** (if any):

4. **Facts Regarding Full Administration of Bankruptcy Case** (*check one box only*):

   a. [ ] **The Bankruptcy Case Has Been Fully Administered:** All motions, contested matters, and adversary proceedings have been finally resolved.

   b. [X] **The Bankruptcy Case Has Not Been Fully Administered:** All adversary proceedings have been resolved, but all motions and contested matters have not been finally resolved. It is contemplated that, at a later time, a motion to reopen the bankruptcy case will be filed so that a motion for discharge (or other motion or contested matter) may be filed and resolved.

5. **Exhibits** (if any). The following exhibits support facts asserted in this declaration:
   [X] Exhibit **A:** Order Confirming Chapter 11 Plan of Reorganization
   [X] Exhibit **B:** Order on Application for Final Compensation and/or Reimbursement of Expenses
   [ ] Exhibit **C:**
   [ ] Exhibit **D:**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/17/2017 | Lydia Ray Forrest | *(signature)* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015    Page 4    F 3022-1.1.MOTION.CLOSE.CH11.CASE

```
1   WILLIAM H. BROWNSTEIN, Esq. (State Bar No. 84507)
    WILLIAM H. BROWNSTEIN & ASSOCIATES,
2   A Professional Corporation
    11755 Wilshire Boulevard
3   Suite 1250
    Los Angeles, California 90025-1540
4   Tel: (310) 458-0048 FAX: (310) 362-3212

5   Attorneys for Debtor and Debtor in Possession,
    Appellant
```

```
FILED & ENTERED

AUG 29 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK
```

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>LYDIA RAY FORREST,<br><br>            Debtor and<br>       Debtor in Possession. | Case No.  1:14-bk-14361MT<br><br>Chapter:  11<br><br>**ORDER CONFIRMING INDIVIDUAL DEBTOR'S MODIFIED PLAN OF REORGANIZATION AND SETTING HEARING ON POST-CONFIRMATION STATUS REPORT**<br><br>Date: July 28, 2016<br>Time: 9:30 a.m.<br>Ctrm: 302<br>Floor: Third |

The duly noticed and scheduled hearing on the Confirmation of Individual Debtor's Modified Plan of Reorganization, Doc. No. 165 (the "Plan") took place on July 28, 2016 at 9:30 a.m. Present was William H. Brownstein of William H. Brownstein & Associates, Professional Corporation on behalf of the Debtor and Debtor in Possession. Also present were the other parties in interest as noted in the Court record. The Court having considered the moving papers, the arguments presented at the time of the hearing and having found that good and sufficient cause appearing for the following, the Court makes the following findings:

1

(1) The Plan complies with the applicable provisions of this title.

(2) The proponent of the Plan complies with the applicable provisions of this title.

(3) The Plan has been proposed in good faith and not by any means forbidden by

law.

(4) Any payment made or to be made by the proponent, by the debtor, or by a

person issuing securities or acquiring property under the Plan, for services or

for costs and expenses in or in connection with the case, or in connection with

the Plan and incident to the case, has been approved by, or is subject to the

approval of, the court as reasonable.

(5) (A)(i) The proponent of the Plan has disclosed the identity and affiliations of

any individual proposed to serve, after confirmation of the Plan, as a director,

officer, or voting trustee of the debtor, an affiliate of the debtor participating in

a joint Plan with the debtor, or a successor to the debtor under the Plan; and

    (ii) the appointment to, or continuance in, such office of such individual, is

consistent with the interests of creditors and equity security holders and with

public policy; and

    (B) the proponent of the Plan has disclosed the identity of any insider that

will be employed or retained by the reorganized debtor, and the nature of any

compensation for such insider

2

WILLIAM H.
BROWNSTEIN &
ASSOCIATES
A PROFESSIONAL CORPORATION

EXHIBIT "A"
Page 6

(6) Any governmental regulatory commission with jurisdiction, after confirmation of the Plan, over the rates of the debtor has approved any rate change provided for in the Plan, or such rate change is expressly conditioned on such approval;

(7) With respect to each impaired class of claims or interests--

(A) each holder of a claim or interest of such class--

(i) has accepted the Plan; or

(ii) will receive or retain under the Plan on account of such claim or interest property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would so receive or retain if the debtor were liquidated under chapter 7 of this title on such date; or

(B) if section 1111(b)(2) of this title applies to the claims of such class, each holder of a claim of such class will receive or retain under the Plan on account of such claim property of a value, as of the effective date of the Plan, that is not less than the value of such holder's interest in the estate's interest in the property that secures such claims.

(8) With respect to each class of claims or interests--

(A) such class has accepted the Plan; or

(B) such class is not impaired under the Plan.

(9) Except to the extent that the holder of a particular claim has agreed to a different treatment of such claim, the Plan provides that–

(A) with respect to a claim of a kind specified in section 507(a)(2) or 507(a)(3) of this title, on the effective date of the Plan, the holder of such claim will receive on account of such claim cash equal to the allowed

WILLIAM H.
BROWNSTEIN &
ASSOCIATES
A PROFESSIONAL CORPORATION

EXHIBIT "A"
Page 7

amount of such claim;

(B) with respect to a class of claims of a kind specified in section 507(a)(1), 507(a)(4), 507(a)(5), 507(a)(6), or 507(a)(7) of this title, each holder of a claim of such class will receive--

    (i) if such class has accepted the Plan, deferred cash payments of a value, as of the effective date of the Plan, equal to the allowed amount of such claim; or

    (ii) if such class has not accepted the Plan, cash on the effective date of the Plan equal to the allowed amount of such claim;

(C) with respect to a claim of a kind specified in section 507(a)(8) of this title, the holder of such claim will receive on account of such claim regular installment payments in cash--

    (i) of a total value, as of the effective date of the Plan, equal to the allowed amount of such claim;

    (ii) over a period ending not later than 5 years after the date of the order for relief under section 301, 302, or 303; and

    (iii) in a manner not less favorable than the most favored nonpriority unsecured claim provided for by the Plan (other than cash payments made to a class of creditors under section 1122(b)); and

(D) with respect to a secured claim which would otherwise meet the description of an unsecured claim of a governmental unit under section 507(a)(8), but for the secured status of that claim, the holder of that claim will receive on account of that claim, cash payments, in the same manner and over the same period, as prescribed in subparagraph (C).

4

WILLIAM H.
BROWNSTEIN &
ASSOCIATES
A PROFESSIONAL CORPORATION

EXHIBIT "A"
Page 8

(10) If a class of claims is impaired under the Plan, at least one class of claims that is impaired under the Plan has accepted the Plan, determined without including any acceptance of the Plan by any insider.

(11) Confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the debtor or any successor to the debtor under the Plan, unless such liquidation or reorganization is proposed in the Plan.

(12) All fees payable under section 1930 of title 28, as determined by the court at the hearing on confirmation of the Plan, have been paid or the Plan provides for the payment of all such fees on the effective date of the Plan.

(13) The Plan provides for the continuation after its effective date of payment of all retiree benefits, as that term is defined in section 1114 of this title, at the level established pursuant to subsection (e)(1)(B) or (g) of section 1114 of this title, at any time prior to confirmation of the Plan, for the duration of the period the debtor has obligated itself to provide such benefits.

(14) If the debtor is required by a judicial or administrative order, or by statute, to pay a domestic support obligation, the debtor has paid all amounts payable under such order or such statute for such obligation that first become payable after the date of the filing of the petition.

(15) In a case in which the debtor is an individual and in which the holder of an allowed unsecured claim objects to the confirmation of the Plan-

    (A) the value, as of the effective date of the Plan, of the property to be distributed under the Plan on account of such claim is not less than the amount of such claim; or

5

WILLIAM H.
BROWNSTEIN &
ASSOCIATES
A PROFESSIONAL CORPORATION

EXHIBIT "A"
Page 9

(B) the value of the property to be distributed under the Plan is not less than the projected disposable income of the debtor (as defined in section 1325(b)(2)) to be received during the 5-year period beginning on the date that the first payment is due under the Plan, or during the period for which the Plan provides payments, whichever is longer.

(16) All transfers of property under the Plan shall be made in accordance with any applicable provisions of nonbankruptcy law that govern the transfer of property by a corporation or trust that is not a moneyed, business, or commercial corporation or trust, and it is further

ORDERED that to the extent that there is any inconsistency between the treatment under the Individual Debtor's Modified Plan of Reorganization and the Stipulations between the Debtor and Trinity Financial Services, LLC [Doc. No. 167] as Ordered by this Court [Doc. No. 172] and the Stipulation for Treatment of Creditors Claim Under Debtor's Proposed Chapter 11 Plan of Reorganization for the treatment of the claim of LLP Mortgage Ltd. [Doc. No. 164] as Ordered by this Court [Doc. No. 173], the terms of said Stipulations will apply, and it is further

///

///

///

///

6

WILLIAM H.
BROWNSTEIN &
ASSOCIATES
A PROFESSIONAL CORPORATION

EXHIBIT "A"
Page 10

ORDERED that the Individual Debtor's Modified Chapter 11 Plan of Reorganization, Docket Number 165, is hereby Confirmed, and it is further

ORDERED that a post-confirmation status conference on the status of this Chapter 11 case is set to take place on January 26, 2017 at 9:30 a.m. before the undersigned Bankruptcy Judge

IT IS FURTHER ORDERED that Trinity Financial Services, LLC's Objection to Lodged Order Re: Plan Confirmation, Docket Number 196, is overruled.

###

Date: August 29, 2016

Maureen A. Tighe
United States Bankruptcy Judge

WILLIAM H.
BROWNSTEIN &
ASSOCIATES
A PROFESSIONAL CORPORATION

United States Bankruptcy Court
Central District of California

In re:  
Lydia R. Forrest  
    Debtor

Case No. 14-14361-MT  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0973-1     User: egonzalez     Page 1 of 1     Date Rcvd: Oct 21, 2016  
                        Form ID: pdf042     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2016.  
db         +Lydia R. Forrest,   5230 Teesdale Avenue,   Valley Village, CA 91607-2324

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2016 at the address(es) listed below:  
        Henry D Paloci    on behalf of Creditor    Trinity Financial Services LLC hpaloci@hotmail.com, hpaloci@calibankruptcy.com  
        Katherine Bunker    on behalf of U.S. Trustee    United States Trustee (SV) kate.bunker@usdoj.gov  
        Leslie M Klott    on behalf of Creditor    Dovenmuehle Mortgage Inc. bankruptcy@zievelaw.com  
        Leslie M Klott    on behalf of Creditor    LPP Mortgage Ltd. bankruptcy@zievelaw.com  
        Leslie M Klott    on behalf of Creditor    LPP Mortgage Ltd bankruptcy@zievelaw.com  
        United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov  
        William H Brownstein    on behalf of Other Professional William Harold Brownstein Brownsteinlaw.bill@gmail.com  
        William H Brownstein    on behalf of Debtor Lydia R. Forrest Brownsteinlaw.bill@gmail.com  
                                                                                                      TOTAL: 8

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Willliam H. Brownstein, SBN 84507<br><br>William H. Brownstein & Associates, Professional Corporation<br>11755 Wilshire Boulevard, Suite 1250<br>Los Angeles, CA  90025-1540<br>(310) 458-0048 FAX: (310) 362-3212<br>Email: Brownsteinlaw.bill@gmail.com<br><br><br>☒  *Attorney for*: Reorganized Debtor | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**OCT 21 2016**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY Gonzalez DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –** SAN FERNANDO VALLEY  **DIVISION**

| In re:<br><br>LYDIA RAY FORREST,<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:14-bk-14361MT<br>CHAPTER: 11 |
|---|---|
|  | **ORDER ON APPLICATION**<br>**FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES**<br>     **(11 U.S.C. § 331)**<br>☒ **FINAL FEES AND/OR EXPENSES**<br>     **(11 U.S.C. § 330)** |
|  | DATE: October 20, 2016<br>TIME: 9:30 a.m.<br>COURTROOM: 302<br>PLACE: 21041 Burbank Boulevard<br>           Woodland Hills, CA  91367 |

1.  Name of Applicant (*specify*): William H. Brownstein & Associates, Professional Corporation

2.  This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3.  Appearances were made as follows:
    a.  ☐  Applicant present in court
    b.  ☐  Attorney for Applicant present in court (name):
    c.  ☐  Attorney for United States trustee present in court
    d.  ☐  Other persons present as reflected in the court record
    e.  ☒  Appearances were waived.

4.  Applicant gave the required notice of the Application on (*specify date*): 9/22/2016

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                      Page 1                                      F 2016-1.3.ORDER.PAYMENT.FEES

EXHIBIT "B"
Page 13

5.  The court orders as follows:
    a.  ☐ Application for Payment of Interim Fees is approved as follows:
        (1) ☐ Total amount allowed: $ _____
        (2) ☐ Amount or percentage authorized for payment at this time: _____

    b.  ☐ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
        ☐ Total amount allowed: $ _____

    c.  ☒ Application for Payment of Final Fees is approved in the amount of: $ 60,814.20

    d.  ☒ Application for Reimbursement of Final Expenses is approved and authorized for payment:
        ☒ Total amount allowed: $ 3,605.53

    e.  (1) ☐ Application is denied
            ☐ in full
            ☐ in part
            ☐ without prejudice
            ☐ with prejudice
        (2) Grounds for denial *(specify):*

    f.  ☐ The court further orders *(specify):*

###

Date: October 21, 2016

*Maureen A. Tighe*
Maureen A. Tighe
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                 Page 2                        F 2016-1.3.ORDER.PAYMENT.FEES

EXHIBIT "B"
Page 14

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11755 Wilshire Boulevard, Suite 1250, Los Angeles, CA  90025-1540

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF MOTION AND MOTION IN  CHAPTER 11 CASE FOR THE ENTRY OF: AN ORDER CLOSING CASE  ON INTERIM BASIS [11 U.S.C. § 350(a) and 1101(2); FRBP 3022; LBR 3022-1]
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/17/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
William H Brownstein on behalf of Debtor Lydia R. Forrest, Brownsteinlaw.bill@gmail.com
Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV), kate.bunker@usdoj.gov
Leslie M Klott on behalf of Creditor Dovenmuehle Mortgage Inc., bankruptcy@zievelaw.com
Henry D Paloci on behalf of Creditor Trinity Financial Services LLC, hpaloci@hotmail.com, hpaloci@calibankruptcy.com
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 01/17/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 01/17/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
The Chambers of the Honorable Maureen Tighe, Bankruptcy Judge, 21041 Burbank Boulevard, Woodland Hills, CA  91367
Lydia Ray Forrest, Debtor, Leahnorman36@yahoo.com
Ronald Norman, Esq., Debtor's Husband, RonaldANorman@sbcglobal.net

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/17/2017 | William H. Brownstein | *signature* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |